*HHW*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**

JAN 25 2008
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENRICO LEVY #A93734

(Enter above the full name of
the plaintiff or plaintiffs in
this action)

vs.

STATE OF ILLINOIS, Dept. of
CORRECTION. GAlesbuRg,
WARDEN
PinckNeyville WARDEN
BARkley. PRisons DiRectoR
RogER E. WAlkeR JR

(Enter above the full name of
the defendants in this action)

08CV573
JUDGE CONLON
MAGISTRATE JUDGE KEYS

CASE NO.————— ——— ————
(To be supplied by the Clerk)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S.C.

I. Previous Lawsuits:

  A. Have you begun other lawsuits in state or federal court relating to your
     imprisonment? YES (X)  NO ( )

  B. If your answer is yes, did any of these lawsuits deal with the same facts involved in this
     action or otherwise relate to your claim?    YES ( )   NO (X)

  C. If your answer to B is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of
     piece of paper, using the same outline)

I. Parties to this previous lawsuit:

Plaintiffs: _ENRICO LEVY_____

Defendants: _DEPT. of CORRECTION, STATEVILLE_.

2. Court (if federal court, name the district: if state court, name the county:
_NORTHERN_____

3. Docket number: _1:96-CV-04705_

4. Judge's name to whom case was assigned: _Conlon_

5. Disposition (for example: Was the case dismissed? Was
it appealed? Is it still pending? _dismissed_

_APPEAL Dismiss_

6. Approximate date of filing lawsuit: _1996_

7. Approximate date of disposition: _1996_

II. Place of present confinement: _LAWRENCE ILLINOIS_

A. Is there a prisoner grievance procedure in this institution?   YES (✓)   NO ( )

B. If the facts in your complaint relate to your imprisonment, did you use the prisoner
grievance procedure to seek relief?   YES (X)   NO ( )

C. If your answer is YES: 1. What steps did you take? _APPEAL To_
_PRISONS Administration AND DIRECTOR_

2. What was the result? _CONFLICTING_

-2-

D. If your answer is NO, explain why not: _____

_____

_____

III. Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _WARdEN BARklEY_____

Address_____Box 999, PiNckNEY VillE, ILL_____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant _BARkIEy_____ is employed as _PRisWN____
_WARdEN____ at_ PiNckNEyvillE_____

C. Additional Defendants: _PRisoNS DiREcTOR_____
_RogER E. WAlkER JR._____
_1301 coNcoRdiA couRt, SPRiNgFiEld, ILL, 62794_

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persions involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

_____NEXT PAgE ATTACH_____

_____

_____

2. Case name: LEVY V. DEPT. of CORRECTION WARDEN EVANS   Case Number: 06 C-4449

Court: U.S. FEDERAL                     Date filed: 2004 ?

Claims raised: DELIBERATE INDIFFERENCE

Result: dismissed with or without PREJUDICE?

3. Case name: LEVY V. DEPT. of CORRECTION WARDEN Buckley   Case Number: 06 723 JPG

Court: U.S. FEDERAL i SOUTHERN          Date filed: 2006

Claims raised: DELIBERATE INDIFFERENCE

Result: Dismissed APPEAL PENDING

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.  I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

12-4 – 2007
Date

_Enrico Levy_
Signature of Plaintiff/Petitioner

2. Case name: _LEVY V. Godinez_    Case Number: _1:96-cV-07799_

Court: _NORTHERN_    Date filed: _1994_

Claims raised: _DELIBERATE INDIFFERENCE_

Result: _dismissed with or without PREJUDICE?_

3. Case name: _LEVY V. Godinez_    Case Number: _1196-CV-04939_

Court: _NORTHERN_    Date filed: _1994_

Claims raised: _DELIBERATE INDIFFERENCE_

Result: _dismissed with or without PREJUDICE?_

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

_02-4-2007_
Date

_Enrico Levy_
Signature of Plaintiff/Petitioner

- 3 -

STATE OF ILLINOIS

COUNTY OF _LAWRENCE_

### AFFIDAVIT

I, _ENRICO LEVY_____, deposes and says that

as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she

has read the foregoing document, by his/her signed, and that the statements contained

therein are true in substance and in fact.

s/s _Enrico Levy_____
Plaintiff, pro se

Signed before me this _28th_ day of _NOV_____, _2007_

_Sharon L. McCorkle_
Notary Public

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

Forms revised 11/1/01

APPENDIX A

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing  _APPENdiX compPlAint No. I A_

(insert name of document)

was mailed/delivered to _____ _RESPONdENt_ _____

(insert name of defendant(s) and address(es) or name of attorney(s) and address(es))

on ___ N ov 28 ____, 200_7_.

_____

(Sign/print your name)

TABLE oF Content
PETITION- APPENDIX (A)
No. 1

(1) PlAintiFF's complAint

(2) PlAintiFF's LETTER to PRisons Administration office of INMATE issues

(3) PlAintiFF's LETTER To PRisons bIRECToR

(4) PlAintiFF's INMATE GRIEVANCE

(5) PRison's Administration bIRECToR's Results (2)pAges        EXHibit

(6) DEpARtment's AdJustment committEE FiNAl SUMMARY REpoRts (2)pAges EXHibit

(7) PlAintiFF's INMATE SENTENCE CAlculation woRk SHEEt

(8) PlAintiFF's INMATE GRIEVANCE FoR Hygiene SoAp, TootHpAste ETC.  EXHibit

(9) PRison's Administration bIRECtoR's Results (2)pAges        EXHibit

(10) Summons

(11) HospitAl NURSE- Summons & REceipts

(12) PlAintiFF's LAW IN suppoRt                    EXHibit

(13)

(14) APPENdix (B) complAint petition   No. 2

THE STATE OF ILLINOIS

ENRICO LEVY # A93734

PETITIONER

-VS-

STATE OF ILLINOIS, DEPT. OF
CORRECTION. GALESBURG - PINCKNEYVILLE
WARDEN BARKLEY          PRISONS
DIRECTOR ROGER E. WALKER. JR.

RESPONDENTS

CASE NO.

PLAINTIFF'S

PRO SE.

MOTION TO CONSIDER FINDING OF FACTS

I, ENRICO LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE WITH MOTION AND PRAYER TO THIS HONORABLE COURT, AND IN SUPPORT STATES:

1. I AM NOT REPRESENTED BY AN ATTORNEY IN THIS CASE, HOWEVER VERIFICATION OF SOLICITATION WAS MADE.

2. I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE.

3. I AM A PRISONER INCARCERATED (22) YEARS IN THE ILLINOIS DEPT. OF CORRECTION, AT THE PRESENT, RESIDENT HERE AT PINCKNEYVILLE PRISON, ILL.

4. THIS MOTION AND PETITION IS SUPPORTED WITH AFFIDAVIT, DOCUMENTS AND LAW

5. PETITIONER PRAY THIS HONORABLE COURT GRANT MOTION REQUEST.

Plaintiff's
REQUEST FOR RELIEF

(22) YEARS INCARCERATED. THAT THIS COURT ALLOWE PLAINTIFF TO SHOW WITH PLAINTIFF'S PRIMA FACIE AND OTHER CONCRETE EVIDENCE THAT PRISON'S EMPLOYEES VIOLATED PLAINTIFF'S CONSTITUTIONAL AND STATE RIGHTS WITH MALICIOUS CONDUCT AND DELIBERATE INDIFFERENCE CRUEL AND UNUSUAL PUNISHMENT

THAT I BE COMPENSATED IN THE AMOUNT $       ACCORDINGLY
FOR THE DEPRIVATION, MENTAL ANGUISH, AND DEPRESSION.
ILLINESS, PAIN AND SUFFERING.

PLAINTIFF'S DOES DEMAND A JURY TRIAL

FOR SAFETY CONCERN, I REQUESTED TO BE SHIPPED OR PROTECTED CUSTODY,
UNFORTUNATELY DENIED: ON FEB-22-2006, UPON MY PERSONAL REQUEST, I REFUSE
TO STAY IN GENERAL POPULATION HOUSING, FOR REASON OF SAFETY CONCERN WHICH
RELATES TO A PREVIOUS INCIDENT THAT INVOLVE- THREE OTHER INMATES AND MYSELF
BEING SHOT AND SERIOUS WOUNDED BY A CORRECTIONAL OFFICER.

I WAS ESCORTED TO PRISON SEGREGATION, THE VERY NEXT DAY I RECIVED A
disciplinary Ticket FOR REFUSING Housing ASSINGMENT. However, I APPEARED
AT THE disciplinary committee AND THERE I completely EXPLAIN THAT I HAVE
BEEN APPROACH by At least FIFTHTEEN INMATES WHom THREATEN To do HARM
TO ME FOR TESTIFYING IN PONTIAC court AGAINST ANOTHER INMATE.

I Also INFORM THE WARDEN, THE PRISONS DIRECTOR, AND THE OFFICE OF INMATES
ISSUES IN SPRINGFIELD, ILLINOIS, AND No RESPOND, IRONICALLY, I HAVE copies
OF, PROOF OF MAILINGS,

MANY TIMES, OVER AND OVER, I PLEAD TO BE SHIPPED, To BE SHIPPED OR PROTECTED
CUSTODY, UNFORTUNATELY, All my REQUESTS WAS IGNORED.

SADLY, depRESSED, CONFINED To SEGREGATION FOR (18) months, SUJECTED To
INHUMANE TREATMENT AND condition, DEPRIVED of basic Hygiene Items
OVER AND OVER, SUCH AS Toothpast, SOAP, SHOWERS, AND body RASH developed.
Hospital NURSE SEEN A NUMBER OF occassions, However To No Avail,

Also, DEPRiVED FOR (18) months OF out of cell EXERCISE AND SEVERELY SUFFERED
FROM depRESSION AND MENTAL DEPRIVATION, AlTHOUGH PsychiAtric WAS sought
AND visited, To No Avail, REFUSE To dispense MEDICATION REQUESTS, However
SEVERE PARALYSIS continue To PERSIST,

FURTHERMORE, SADLY (6) months WAS REVOLT FROM MY SENTENCE, THEREBY SETTING BACK
MY SCHEDULE discHARGE RELEASE dATE FROM PRISON, due To MY REFUSAL To Go To
GENERAL population,

FROM MY SEGREGATION CELL
I PERSONALLY SPOKE WITH WARDEN KEN BARTLEY AND
HIS ASSISTANCES WARDEN EVANS AND OTHERS.
ALSO, I PERSONALLY SPOKE WITH THE PRISONS DIRECTOR
WHO INFORMED ME THAT THEY WOULD TAKE CARE OF
THESE SISTUATIONS AND CONDITIONS AS LISTED HERE
IN THIS COMPLAINT. UNFORTUNATELY THEY ALL INSUREED
ME THAT THEY WAS WORKING ON THE SISTUATIONS
HOWEVER TO NO AVAIL. ONLY FALSE PROMISES
THEREBY, TURNING THEIR HEAD. (18) MONTHS SEGREGATION.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

(22) YEARS INCARCERATED, THAT THIS COURT ALLOWE
PLAINTIFF TO SHOW WITH PLAINTIFF'S PRIMA FACIE AND
OTHER CONCRETE EVIDENCE THAT PRISON'S EMPLOYEES
VIOLATED PLAINTIFF'S CONSTITUTIONAL AND STATE RIGHTS
WITH MALICIOUS CONDUCT AND DELIBERATE INDIFFERENCE,
CRUEL AND UNUSUAL PUNISHMENT, WHEREBY SUBJECTED
TO INHUMANE TREATMENT AND CONDITION.

RE: GRIEVANCE RESPOND

APPROXIMATELY (5) OR (6) MONTHS AGO. I, BY MONEY VOUCHER FORWARD MY GRIEVANCE APPEAL TO YOUR OFFICE AND I STILL HAVEN'T RECEIVE A RESPONCE.

GRIEVANCE MATTER CONCERN DISCIPLINARY ACTION AND SEGREGATION FOR DISOBEYING A DIRECT ORDER. AND RELIEF OF $20.00 A DAY COMPENSATION FOR EACH DAY OF SEGREGATION.

RESPECTFULLY, I TRUST YOU WILL ANSWER THIS PLEA PROMPTLY.

THANKYOU

ENRICO LEVY #A93734
BOX 999
PINCKNEYVILLE

DEAR Administrative Review Board                                                July Page #4 2006

RESPECTFULLY, I FEEL THE NEED TO WRITE THIS LETTER OF ESSENTIAL.

ON FEB-22-2006, I ADMITTED MYSELF TO SEGREGATION CONFINEMENT FOR FEAR
OF GANG REPRISAL STEMING FROM AN INCIDENT AT PONTIAC PRISON THAT
RESULTED IN MYSELF BEING SHAT BY TOWER GUARD DURING A KNIFE BRAWL WITH
A NUMBER OF OTHER INMATES. I AM 52 YEARS OF AGE. AND FOR
APPROXIMATELY (5) MONTHS CONFINED, HIDING HERE IN SEGREGATION WAITING FOR
AN ADMINISTRATION FINAL MOVE DECISION. WHEREFOR I REFUSE POPULATION OR
YARD AND ON (3) OCCASSIONS I HAVE REQUESTED THAT I BE SHIPPED RIGHT AWAY.
TO ANOTHER FACILITY OR PROTECTIVE CUSTODY, ONLY TO BE TOLD NOTHING.
NO INTERNAL REVIEW VISIT, NOR ANYTHING ELSE.

ON MAR-22-2006, AGAIN I WAS SUMMIT TO THE ADJUSTMENT DISCIPLINARY COMMITTEE
FOR REFUSE HOUSING ASSIGNMENT. COMMITTEE ASSCESSMENT (1) MONTHS SEGREGATION.
ON MAY-22-2006. THE 3RD COMMITTED SUMMIT, ASSCESSMENT (3) MONTHS SEGREGATION.

OF IMPORTANCE, I VERBALLY INFORMED THIS DISCIPLINARY COMMITTEE ABOUT THE
PONTIAC SHOOTING THAT RESULTED IN MY CRIMINAL TRIAL, TESTIMONY AND CONVICTION.
WHEREBY, SINCE MY ARRIVAL HERE AT PINCKNEYVILLE, APPROXIMATELY (15) FORMER
PONTIAC INMATES HAVE CONFRONTED AND THREATEN TO DO BODY HARM TO ME.
I SO INFORMED THIS COMMITTED

RESPECTFULLY, A.R.B. I TRUST YOU WILL ANSWER
AND RESPOND PROMPTLY, DOCUMENTS ATTACHED
HERE

THANKYOU SINCERELY
ENRICE LEVY #A93734
BOX 999
PINCKNEYVILLE, ILL, 62274

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Offender Name _____ E N R I c o   L E V Y _____   ID# A93734   Housing Unit 4A #L20

Date 7-29-2007

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of PRILIVEGE POSTAGE TO Administration REVIEW BoArd.

☑ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ Enrico Levy _____   ID# A93734

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 47 cents.

Distribution: Business Office, Offender

**PRIVILEGED MAIL**

Printed on Recycled Paper

DOC 0286 (Eff. 1/2006)
(Replaces DC 528)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Offender Name _____ EENRICo LEVY _____   ID# A93734   Housing Unit 4A #L20

Date 7-26-2007

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of ① Privilege Envelope To Dept. of corRECTioN A.R.B. Springfied 1301 concorDiat zip. 62794 Illinois

☐ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ Enrico Levy _____   ID# A93734

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 97 cents.

Distribution: Business Office, Offender

**PRIVILEGED MAIL**

Printed on Recycled Paper

DOC 0286 (Eff. 1/2006)
(Replaces DC 528)

7

MAR-13-2007

DEAR, DEPT. OF CORRECTION
        Administration Review Board.

RE: copy of Grievance Appeal
        to the Prisons Director.
    for memo Results. Still waiting.

→ Nature: [UNJUST SEGREGATION confinement.]
        And 200⁰⁰ a day compensation

            Approximately (6) months ago Sept. 2006, I mailed
(1) copy of my exhausted Grievance and attached Documents to the
Administration Review Board, 1301 Concordia court, Springfield, Ill. 62794,

Unfortunately, Its march-13-2007, And I still havent received a
respond.

Respectfully, Please Rush me (1) copy of the Administration
Director memo Results, his Dicision.

I trust you will answer and Respond promptly.

                                    Thankyou

                                    Enrico Levy #A93734
                                    Box 999
                                    Pinckneyville, Ill. 62274

DEAR Administration Review Board.                    JULY 24TH/ 2006

RESPECTFULLY, I FEEL THE NEED To WRITE THIS LETTER oF ESSENTIAl.

ON FEB-22-2006, I Admitted MYSELF To SEGREGATION CONFINEMENT FOR FEAR
oF GANG REPRISAl STEMING FROM AN INCIDENT At PONTIAC PRISON THAT
RESULTED IN MYSELF being SHot by TOWER GUARD during A KNIFE brawl with
A NUMBER oF oTHER INMATES. I AM 52 YEARS oF AgE, And FoR
APPROXIMATELY (5) MONTHS CONFINED, HIDING HERE IN SEGREGATION WAITING FoR
AN Administration FINAl MoVE dECISION. WHEREFoR I REFUSE populATIoN oR
YARD AND oN (3) oCCASSIONS I HAVE REQUESTED THAT I bE SHIPPED RIGHT AWAY.
To ANoTHER FACILITY oR PRoTECTIVE cUSTODY, only To bE ToLD NoTHING.
No INTERNAl REVIEW VISIT, NoR ANYTHING ELSE.

ON MAR-22-2006, AgAIN I WAS SUMMIT To tHE AdjUSTMENT DISCIPLINARY CoMMITTEE
FoR REFUSE HoUSING ASSIGNMENT. CoMMITTEE ASSCESSMENT (2) MoNTHS SEGREGATION.
oN MAY-22-2006, THE 3Rd CoMMITTED SUMMIT, ASSCESSMENT (3) MoMHS SEGREGATION.

oF IMPoRTANCE, I VERBALLY INFoRMED THIS DISCIPLINARY CoMMITTEE About THE
PONTIAC SHooTING THAT RESULTED IN MY CRIMINAL TRIAL, TESTIMoNY AND cONVICTIoN.
WHEREBY, SINCE MY ARRIVAl HERE At PINCKNEYVILLE, APPROXIMATELY (15) FoRMER
PONTIAC INMATES HAVE coNFRONTED AND THREATEN To do body HARM To ME.
I So INFoRMED THIS COMMITTED

RESPECTFULLY, A.R.B. I TRUST YoU WILL ANSWER
AND RESPoND PRoMPTLY, documENTS ATTACHED
HERE

THANKYoU SINCERELY
ENRICO LEVY #A93734
Box 999
PINCKNEYVILLE, ILL, 62277

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date **9 - 7 - 2007**

Offender Name **ENRico   LEVY** ID# **A93734** Housing Unit **4A # 420**

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of **① LEGAl ENVElope TO DiREctoR oF PRiS✶NS SPRiNGfiEld, ILL**

☑ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# **A93734**

Witness Signature _____ 5804

☐ Approved ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

**PRIVILEG MAIL**

Distribution: Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date **9 - 7 - 2007**

Offender Name **ENRico   LEVY** ID# **A93734** Housing Unit **4A # 420**

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of **① LEGAl ENVElope TO A.R.B SPRiNGfiEld, ILL**

☑ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# **A93734**

Witness Signature _____ 5804

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

**PRIVILEGED MAIL**

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)

DEAR PRISONS DIRECTOR
Administration Review Bd,

9-  2007
(2ND LETTER)

RE: GRIEVANCE RESPOND?

APProximately 7-24-2007, by Money Voucher-ENVELopE.
I Forward My GRIEVANCE APPEAl To Your OFFICE.
IRONICAlly, I Still HAVEN'T RECEIVE A RESPONCE.

HOWEVER, GRIEVANCE MAttER CONCERN (REVOCATION OF Good
time) And A ViolAtion OF My StAtE And FEdERAl Rights,
CRUEl And UNUSUAl PUNISHMENT.

RESPECtFUlly, I tRUSt You will ANSWER THIS PlEA PROMPtly.

+HANd You

ENRICO LEVY #A93734
RT1 R2 BOX 31
SUMNER, ILL, 62466

N.D. ILL. 1998   Illinois Prisoner's Action Concerning His Grievance Against Prison Officials Met Requirement For Exhaustion of Administrative Remedies Under Prison Litigation Reform Act (P.L.RA); Prisoner Filed A Grievance Within Six Months And Later Appealed The Decision To The Director Of Department Of Correction, And Prisoner Twice Contacted Administrative Review Board After Hearing And Did Not Receive A Response.   Civil Rights of Institutionalized Persons Act § 7, 42 U.S.C.A. § 1997E;   Ill. Admin. Code Title 20, §§ 504.810,

Jones V. Detella

42 F. Supp 2nd 824

LAW IN SUPPORT

N.D. ILL. 2000,   Two Elements Are Required For An Abuse of Process Claim Under Illinois Law: (1) An Ulterior Purpose or Motive, And (2) Some Act In Use of Legal Process Not Proper In Regular Prosecution Of Proceeding. PAYTON V. RUSH PRESBYTERIAN - ST. LUKE'S MEDICAL CENTER.

82 F. Supp. 2d. 901



| Date: 7-24-2007 | Offender: (Please Print) ENRico LEVY | ID#: A93734 |
|---|---|---|

| Present Facility: LAWRENCE | Facility where grievance / Issue occurred: Pinckneyville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [X] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [X] Other (specify): REVOCATION OF Goodtime

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 7-21-2007, ANd 7-20-2007, ViA MAiL, FROM ILLiNois bEPT
OF CORRECTioN, I REcEiVE A SENTENCE CalculAtioN, REVOCATioN OF Good
TiME SHEET iNFoRMiNG ME THAT THE bEPT. REVOIt (3) MoNTHs ANd (1) MONTH
OF MY SENTENCE. IRoNiCally, A ViolATioN oF MY STATE ANd FEdERAL
RiGHTs, CRUEL ANd UNUSUAL PUNiSHMENT. INcidENTs INfo: MYSELF ANd
CAUCAsiAN JiMMY, OCCUPY SEGREGATioN FoR OVER (1) YEAR UNdER THE Aim
OF REFUsiNG HousiNG ASSiGNMENTs, JiMMY FoRMATioN ANd FoRMALity
WAS obFUSCATE ANd obSCURE His CELL ViEW EVERY (30) dAYs. THEREby
ViolATiNG INstitutioN RULEs. WHEREFoRE ANd THEREFoRE (oFFSET REVocATioN RiSk)

Relief Requested: BASE oN dEliBERATE iNdiFFERENCE ANd CRUEL, UNUSUAL PUNiSHMENT,
THAT THE bEPT. ACTioN ANd REsUlTs bE VoiD ANd/oR, THAT MY GoodTimE
bE REstoRED PRomptly

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Enrico henry | A93734 | 7, 24, 2007 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____ / ____ / ____
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____      Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | ____ / ____ / ____ Date |
|---|---|---|



**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

August 13, 2007

Enrico Levy
Register No. A93734
Lawrence Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on May 16, 2007, regarding sentence credit (denied GCC restoration 8/06), which was alleged to have occurred at Lawrence Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (4-69) and subsequent recommendation dated April 27, 2007 and approval by the Chief Administrative Officer on May 2, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
                Jackie Miller
                Administrative Review Board
                Office of Inmate Issues

CONCURRED: _____
            Roger E. Walker Jr.
            Director

cc:    Warden Derwin Ryker, Lawrence Correctional Center
       Enrico Levy, Register No. A93734



**Rod R. Blagojevich**
Governor

## Illinois
### Department of
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

August 14, 2007

Enrico Levy
Register No. A93734
Lawrence Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on June 6, 2007, regarding a disciplinary report dated April 11, 2007, which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed the disciplinary report, **200700926/1**, written by Officer Doeding, citing you for the offenses of 403-Disobeying a Direct Order. A review of the Adjustment Committee summary indicates you were found guilty of 403. Recommended discipline was: 3-months C grade, 3-months segregation and 3-months GCC revocation. The Chief Administrative Officer concurred with the recommendation on 4/20/07. The PRB approved 3-months GCC revocation on 7/2/07.

Based on a review of all available information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this office is reasonably satisfied you committed the offense and recommends the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Derwin Ryker, Lawrence Correctional Center
Enrico Levy, Register No. A93734

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Name: LEVY, ENRICO    IDOC Number: A93734    Race: BLK

Hearing Date/Time: 12/1/2006  02:01 PM    Living Unit: PNK-R5-B-65    Orientation Status: N/A

Incident Number: 200603863/1 - PNK    Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/22/2006 | 200603863/1-PNK | DAVID, JEFFREY A | R5 CELLHOUSE | 08:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 403 | Disobeying A Direct Order | Guilty |
|  | Comments:Refused Housing 5th offense****** | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
Inmate refused to appear before the committee. See attached DCA-15479.

## BASIS FOR DECISION
Based on DR written by Lt. David who gave Levy, A93734 a direct order to pack his property and exit his cell and accept his housing assignment in population. Levy, A93734 refused the order. Inmate refused to appear before the committee to provide a defense. ID by employee.

Note: Fifth offense

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| Revoke GCC or SGT 2 Months | Revoke GCC or SGT 2 Months |
| **Basis for Discipline:progressive** | |

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|--|-----------|------|------|
| JORDAN, CYNTHIA M  - Chair Person | | 12/01/06 | BLK |
| BLADES, JAMES D | | 12/01/06 | WHI |

Recommended Action Approved

## Final Comments: N/A

KENNETH G BARTLEY / EW 12/6/2006
Chief Administrative Officer

Signature    12/06/06
Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

Employee Serving Copy to Committed Person

12/9/06  8:00 A
When Served  -- Date and Time

Run Date: 12/6/2006 08:58:36

Page 1 of 1

# STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| Name: LEVY, ENRICO | IDOC Number: A93734 | Race: BLK |
|---|---|---|

Hearing Date/Time: 9/10/2006  09:20 AM        Living Unit: PNK-R5-B-65        Orientation Status: N/A

Incident Number: 200602862/1 - PNK        Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 9/6/2006 | 200602862/1-PNK | DOEDING, DOUGLAS G | R5 CELLHOUSE | 01:10 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying A Direct Order  *Comments:Refused Housing* | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

## RECORD OF PROCEEDINGS
Inmate refused to appear before the Committee to present a defense.  Refusal slip DCA-15479 signed and dated 9/10/06.
(See attached)

## BASIS FOR DECISION
Based on IDR written by reporting employee who while on R5 B-wing approached inmate Levy's A93734.  Inmate was
given a direct order (which was refused) to move to general population.  Inmate refused to appear before the Committee to
present a defense.  Inmate ID'd by state ID card.

NOTE:  Refused Housing - 4th offense

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| Basis for Discipline:Refused Housing - 4th offense | |

## Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| JORDAN, CYNTHIA M  - Chair Person | *(signature)* | 09/10/06 | BLK |
| | Signature | Date | Race |
| FERNANDEZ, FEDERICO | *(signature)* | 09/10/06 | ASN |
| | Signature | Date | Race |

Recommended Action Approved

## Final Comments: N/A

KENNETH G BARTLEY / AMU  9/13/2006          *Ken Bartley*          09/13/06
        Chief Administrative Officer                            Signature                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*(signature)*                                          *9/15/06  8:00A*
Employee Serving Copy to Committed Person          When Served - - Date and Time

Run Date: 9/13/2006 12:16:37                    Page 1 of 1

RY AL 20

ILLINOIS DEPARTMENT OF CORRECTIONS
## Sentence Calculation Worksheet
### LAWRENCE CORRECTIONAL CENTER

## REVOCATION OF GOOD CONDUCT CREDITS WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW

NAME _Enrico Levy_    NUMBER _A93734_    DATE _7/30/07_

[STEP 1]

Yr.  Mo.  Day

0 - 3 - 0    (Good Conduct Credits Revoked From
_____  Sentence By Director On _7/6/07_)

[STEP 2] (MITTIMUS NUMBER _859939_    )

PROJECTED OUT DATE                90 CF-28
                                  92 CF 26

Yr.  Mo.  Day
85 - 8 - 19

+ 21 - 6 - 0    (Custody Date)
_____  (Sentence Less G.C.C.)
07 - 2 - 19    (Projected Out Date or
                PRB Projected Out Date)
+ or - 3 - 6 - 0    (Previous Time – Lost/Awarded)
_____
2010 - 8 - 19    (Projected Out Date)
+ 3    (Present Revocation)
_____
2010 - 11 - 19    (Adjusted Projected Out Date)
[STEP 3]

MANDATORY OUT DATE

Yr.  Mo.  Day

                (Custody Date)
+ _____  (Sentence)
                (Mandatory Out Date or
                PRB Mandatory Out Date)

---

Adj.  Proj.  Out Date___11-19-10_____    Terminal Operator_____
Mandatory Out Date_____    Date Entered_____

Calculated By_____ Lw

DC 1328 (Eff 7/2001)
IL 426-0528

**CONSECUTIVE SENTENCE – DETERMINATE/MISDEMEANOR TO
DETERMINATE/MISDEMEANOR/PRISONER REVIEW BOARD OPT DATES**

NAME _Garcia Gary_ NUMBER _A79954_ DATE _7/20/01_

### (STEP 1)

YR. MO. DAY

```
 04
  9
 10
```
(1st Sentence) 85-9957

(Consecutive Sentence) 90CF28        86-8-14   *5,300 Days*
                                                         *355*
(Consecutive Sentence) 90CF06     —    11-25 *Credit*

```
 43-0-0
```
(Total Aggregated Sentence)

85-8-19

### (STEP 2)

YR. MO. DAY

```
 85-8-19
```
(Custody Date or P.R.B. Projected Out Date)

+  21-6-3

(Agg. Sent. less G.C.C. or CS less G.C.C.)

```
 07-2-19
```
(Projected Out Date)

+ or -   3-9-0

(Previous time lost or awarded)

```
 2010-11-19
```
(Adjusted Projected Out Date)

### (STEP 3)

YR. MO. DAY

```
 85-8-19
```
(Custody or P.R.B. Mandatory Release Date)

+  43

(Agg. Sentence or C.S.)

```
 2028-8-19
```
(Mandatory Out Date)

+ or -

(Previous time lost)

(Adjusted Mandatory Out Date)

---

ADJUSTED PROJ. OUT DATE _11-19-10_   TERMINAL OPERATOR_____
MANDATORY OUT DATE _8-11-28_   DATE ENTERED_____
CALCULATED BY_____

DC 1372

Date: MAR-10-2006   Committed Person (Please Print) ENRICO LEVY

Present Facility: PINCKNEYVILLE   Facility where grievance issue occurred: PINCKNEYVILLE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☐ Medical Treatment

- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON FEB-22-2006, I WAS HANDCUFF AND TAKEN To SEGREGATION. I POSSESS ENE(½) HALF BAR OF SOAP. WITHIN A FEW DAYS IT WAS COMPLETELY DESOLVED. NO SOAP, NO TOOTHPASTE NOR TOOTHBRUSH. MANY times, OVER AND OVER, I PLEA AND REQUESTED To ANY AND ALL OFFICERS FOR SOAP, INFORMING THEM THAT I HAVE NO SOAP, THE officers RESPOND, NO SOAP. AT THE SHOWER - ESCORTED by officers - THEY ALWAYS TELL ME NO SOAP, NO TOOTHPASTE, No TOOTHBRUSH. WITH $9.== IN MY FUNDS ACCOUNT, I can't MAKE A PURCHASE UNTIL MY RESTRICTED STORE DATE IS DUE. ON MAR-13th I ORDERED THE LIMIT (2) BARS, UNFORTUNATELY THE LIMIT CHANGE To (1) BAR A MONTH. 8 DAYS THIS STORE BAR WAS DESOLVED, CANNOT IMPOSSIBLE To REMOVE SOAP FROM OTHER INMATES.

Relief Requested: THAT I BE GIVEN A SUPPLY OF SOAP IMMEDIATELY FOR EVERY DAY BODY WASH AND SHOWER. Also FOR SINK AND TOILET SANITATION.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Enrico Levy   Committed Person's Signature
A93734   3/10/2006
ID#   Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 3/23/06   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Soap and other hygiene items are issued to indigent inmates only. 3-11 security staff states that inmates are issued a toothbrush and razor. Denial recommended.

__ Thomas City __   Print Counselor's Name
__ Paul __   Counselor's Signature
4/4/06   Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   ____/____/____ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

### Grievance Officer's Report

Date Received: 4-10-06                Date of Review:  4-28-06                Grievance # (optional):    4-58

Committed Person: Levy                                                        ID#: A93734

Nature of Grievance:  Staff Conduct

---

Facts Reviewed  Inmate wants to be given soap and body wash so that he can take a he can stay clean on a daily basis, while in segregation.

Only indigent inmates are given soap and supplies. Inmate is currently not indigent.

Recommendation:

Based upon a total review of all available information, this Grievance Officer recommends the inmate's grievance be denied.

Dean Blades CLAS II
Print Grievance Officer's Name                                          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

---

### Chief Administrative Officer's Response

Date Received:  5-2-6              ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:

Chief Administrative Officer's Signature                                                 5, 2, C
                                                                                          Date

---

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

RECEIVED
JUL 1 2 2006
OFFICE OF
INMATE ISSUES

Library

X 10

X 16

Distribution:   Master File; Committed Person                        Page 1                        DOC 0047 (Eff. 10/2001)
                                                                                                   (Replaces DC 5657)

# Illinois
**Department of**
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 13, 2006

Enrico Levy
Register No. A93734
Pinckneyville Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on June 8, 2006, regarding conditions (requets soap and body wash in seg), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (4-56) and subsequent recommendation dated April 28, 2006 and approval by the Chief Administrative Officer on May 2, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:    Warden Ken Bartley, Pinckneyville Correctional Center
        Enrico Levy, Register No. A93734
        Chron. File



**Rod R. Blagojevich**
Governor

# Illinois
**Department of**
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 14, 2006

Enrico Levy
Register No. A93734
Pinckneyville Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on November 6, 2006, regarding classifications (requests toothpaste), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Per grievance officer's report, segregation inmates receive a hygiene bag each month that includes toothpaste.

The Grievance officer's report (10-96) and subsequent recommendation dated October 25, 2006 and approval by the Chief Administrative Officer on October 25, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Ken Bartley, Pinckneyville Correctional Center
       Enrico Levy, Register No. A93734
       Chron. File

STATE OF ILLINOIS

ENRICE LEVY #A93734

STATE OF ILLINOIS, DEPT. OF
CORRECTION

Plaintiff

vs

Respondents

No.____

## SUMMONS

To the defendant: HOSPITAL NURSE MRS. E. WARREN

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court at the Courthouse, Springfield Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____, 2000.

Name _____

Attorney for _____

Address _____    Clerk of Court

City _____    by _____ Deputy

Telephone _____

(Seal of Court)

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants — personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant
with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street
address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

(b)—(Individual defendants — abode):
    By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant
with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the sum-
mons.
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person,
other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in
terms of an exact street address) and the date and time of day when the summons was left with such person)

_____

_____

    and also, by sending a copy of the summons and of the complaint in a sealed envelope with postage fully
prepaid, addressed to each individual defendant at his usual place of abode, as follows:

_____          _____
Name of defendant                                                               Date of mailing

_____
Mailing Address

(c)—(Corporation defendants):
    By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant
corporation, as follows:

_____    _____    _____
Defendant corporation              Registered agent, officer or agent              Date of service

(d)—(Other service):

_____

_____

vs

STATE, of Illinois, Dept, of

CORRECTION,

Plaintiff

Respondents

No. _____

# SUMMONS

To the defendant: Hospital Nurse MRS, B, Jolen

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court at the Courthouse, Springfield, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ , 2006.

Name _____

Attorney for _____

Address _____                          _____
                                                      Clerk of Court

City _____               by _____
                                              Deputy

Telephone _____

[Seal of Court]

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants — personal:
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant
with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street
address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

(b)—Individual defendants — abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant
with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the sum-
mons.
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person,
other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in
terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____

_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully
prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant        Mailing Address        Date of mailing

_____

(c)—(Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant
corporation, as follows:

Defendant corporation        Registered agent, officer or agent        Date of service

_____

(d)—(Other service):

_____

_____

Library

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: _____

Name (print): _____

I.D. No.: _____   Housing Unit: _____

Please pay to: _____

Address: _____

City: _____   State: _____   Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for _____

☐ APPROVED

☐ NOT APPROVED

Assistant Warden/Superintendent/Designee

_____ Inmate Signature

_____ Witness   ID No. _____

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of
postage for the attached mail.

_____ Inmate Signature

ID No. _____

### FOR TRUST FUND USE ONLY

Trust Fund Balance $ _____

Less amount of payment $ _____

Current balance after payment $ _____

Check No. _____ Date _____

_____ Business Office

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff) _____ Date

Received by: _____ (Staff) _____ Date

Received by: _____ (Youth) _____ Date

DC 828 (09/91)

IL 426-0207

P. 2A

EXHibit (R)-1

Library

EXHIBIT(S)

# REQUEST FOR PAYMENT

### STATE OF ILLINOIS
### DEPARTMENT OF CORRECTIONS

Name (print): _____ I.D. No.: A63734 Date: 6-6-06 Housing Unit: 5B05

Please pay to: _____

Address: _____

City: _____ State: _____ Zip: _____

The sum of _200_ dollars and _____ cents

and charge to my account, for _____

_____ Inmate Signature _____ I.D. No. A7375

Assistant Warden/Superintendent/Designee _____ Witness

☐ APPROVED

☐ NOT APPROVED

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

DC 828 (00/01)

---

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of
postage for the attached mail.

_____ Inmate Signature

ID No. _____

### FOR TRUST FUND USE ONLY

Trust Fund Balance . $ _____

Less amount of payment $ _____

Current balance after payment $ _____

Check No. _____ Date _____

_____ Business Office

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff) Date _____

Received by: _____ (Youth) Date _____

TL 426 0007

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: _____

Housing Unit: _____

I.D. No.: _____

REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of
postage for the attached mail.

_____
Inmate Signature

ID No. _____

FOR TRUST FUND USE ONLY

Trust Fund Balance          $ _____

Less amount of payment      $ _____

Current balance after payment $ _____

Check No. _____    Date _____

REQUEST FOR PAYMENT

Please print: _____

Please pay to: _____

Address: _____

City: _____  State: _____  Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for _____

☐ APPROVED

☐ NOT APPROVED

_____

REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____  dollars _____ cents

Postage Paid

DC 325 (03/91)

FOR JUVENILE DIVISION USE ONLY

Received by: _____   Title: _____   Date: _____

Received by: _____   Title: _____   Date: _____

Received by: _____   Title: _____   Date: _____

Exhibit (R)-2

U.S. FEDERAL COURT
THE STATE OF ILLINOIS
NORTHERN DIST...

EWRICO LEVY #A93734

PETITIONER

-VS-                                              CASE NO.: _____

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE
WARDEN BARKLEY, PRISEN DIRECTOR
ROGER E. WALKER JR

RESPONDENTS

PLAINTIFF'S
PRO SE.

MOTION REQUEST FOR SETTLEMENT
CONFERENCE:  PURSUANT TO
FED. RULE. APP. P. 33

I, EWRICO LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE WITH MOTION
AND PRAYER TO THIS HONERABLE COURT, AND IN SUPPORT STATES:

1. I AM NOT REPRESENTED BY AN ATTORNEY IN THIS CASE, HOWEVER
VERIFICATION OF SOLLICITATION WAS MADE.

2. I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE.

3. I AM A PRISONER INCARCERATED (22) YEARS IN THE ILLINOIS DEPT. OF
CORRECTION, AT THE PRESENT, RESIDENT HERE AT PINCKNEYVILLE PRISON, ILL.

4. THIS MOTION AND PETITION IS SUPPORTED WITH AFFIDAVIT AND DOCUMENTS

5. PETITIONER PRAY THIS HONORABLE COURT GRANT MOTION REQUEST.

TO  LISA MADIGAN
CLAIM SECTION AND
ILLINOIS Attorney General

CASE No.
PRIVILEGED SETTLEMENT
NEGOTIATION

RE: ENRICO LEVY #A93734

PLAINTIFF

HELLO

THIS REQUEST is REGARDING IN ME THE Above ENTITLED Action ON _____
WHILE AN INMATE AT THE ILLINOIS Dept. CORRECTION FACILITY, PINCKNEYVILLE.
THERE SUSTAINED PHYSICAL INJURY.

INCIDENT, PRISON EMPLOYEES VIOLATED PLAINTIFF'S RIGHTS To HUMANE conditions
OF CONFINEMENT

PLAINTIFF MOVE To MAKE A demand WHICH INCLUDE A MONETARY AMOUNT. HEREBY,
THE TERMS OF WHICH SHALL BE MEMORIALIZED IN GREATER detail IN A FORMA
SETTLEMENT AGREEMENT.

(1) THE STATE OF ILLINOIS SHALL CAUSE To BE EXECUTED A CERTIFIED CHECK IN THE
AMOUNT OF $ _____ FUNDS PAYABLE To PLAINTIFF. To BE DELIVERED
To PLAINTIFF AT THE GIVEN ADDRESS WITHIN 30 days OF THE SIGNING OF A
SETTLEMENT AGGREEMENT.

(2) PLAINTIFF AGREE To dismiss WITH PREJUDICE All CLAIMS PLEAD OR UNPLEAD
AGAINST THE STATE OF ILLINOIS (DEFENDANTS)

PLEASE CONTACT ME WITH ANY QUESTIONS
REGARDING THIS PLEA.

SINCERELY
Enrico Levy #A93734

LAW IN SUPPORT

C.A. 7 (Ill) 2003. INMATE'S Allegations About being denied soap, A Toothbrush, And Toothpaste, if true, could satisfy objective component of the Eighth Amendment inquiry

U.S.C.A. Const. Amend. 8; 42 U.S.C.A. §1983 -

James V. O'sullivan, 62 Fed. Appx. 636

Right to be Free From cruel And unusual punishment

## LAW IN SUPPORT

N.D. Ill. 2000. INMATE'S claim THAT HE WAS deprived of out of cell EXERCISE FOR SIX MONTHS during prison lockdown, AND THAT HE became depressed AS A result, presented cognizable § 1983 claim of CRUAL AND UNUSUAL punishment, WHERE THE only outings offered To INMATE WERE weekly showers AND A Handful of Family AND medical visits, AND INMATE did Not APPEAR To present ANY particularized security Risk THAT might Justify loss of His EXERCISE privileges. U.S.C.A CONST. AMEND. 8, 42 U.S.C.A. § 1983 – bEIANEY V. bETEIIA 123 F. Supp 2d. 429 ORDER AFFIRMED AND REMANDED 256 F.3d. 679

### "LAW IN SUPPORT"
C.A. 7 (ILL) 2000 PRISON official CANNOT bE Found liAbLE FOR denying AN INMATE HUMAN conditions of confinement IN Violation of Eighth AMENDMENT unless official KNEWS OF AND disregards EXCESSIVE RISK To INMATE's HEALTH OR SAFETY; official MUST both bE AWARE of FActs FROM which INFERENCE CAN bE DRAWN THAT substantial Risk of serious HARM EXISTS, AND MUST ALSO DRAW THAT INFERENCE. U.S.C.A. const. – AMEND. 8 – ZENTMYER V. KENDALL COUNTY JAIL,– ILL, 220 F.3d 805

### "LAW IN SUPPORT"
N.D. (ILL) 1996 REQUIREMENT THAT INMATES RECEIVE FIVE HOURS of EXERCISE PER WEEK does Not Apply WHEN DEPRIVATION is SHORT-TERM OR WHEN INMATE's disciplinary RECORD MAKES it REASONABLE To RESTRICT Him based ON PRISON's INTEREST IN ORDER AND SAFETY   U.S.C.A. CONST. AMEND. 8 – WATTS V. RAMON 948 F. Supp. 239

LAW IN SUPPORT

N.D. Ill, 1987. Illinois Prisoner Review Board would have violated Prisoner's constitutional Rights if it denied his parole application because of his African Heritage when it would have granted parole application of another prisoner similarly situated who was of European Heritage.

42 U.S.C.A. §1983

David-El v. O'Leary, 668 F. Supp. 1189.

. Claimant HAVE A Right To BE FREE FROM CRUEl And UNUSUAL punishment.
U.S.C.A.  8TH. AMENDMENT

To Hold A PRISON official PERSONALLY liable FOR Violating AN INMATE'S Right To HUMANE conditions OF CONFINEMENT. A Plintiff MUST SATISFY TWO REQUIREMENT CONSISTING OF A SUBJECTIVE And AN OBJECTIVE COMPONENT. THE SUBJECTIVE COMPONENT IS SATISFIED only IF THE OFFICIAL KNOWS OF AND disREGARDS AN EXCESSIVE RISK To INMATE HEAlTH And SAFETY, WHilE THE obJECTIVE COMPONENT REQUIRES THAT THE AllEged deprivation bE SUFFICIENTLY SERIOUS.       5-8-4- BARNUM V. SEdgwick   27 FED APPX.965

C.A. 7 (Ill) 1999    HENDERSON V. SHEAHAN
196 F.3Rd. 839
REHEARING dENIEd   120 S.CT. 2691
530 US. 1244
147 L.Ed. 2Nd 962

BERRY 9ee F.2d 1495.

BERRY COURT HELD THAT AN OFFICIAL OR MUNICIPALITY ACT WITH DELIBERATE INDIFFERENCE IF ITS CONDUCT OR ADOPTED POLICY DISREGARD A KNOWN OR OBVIOUS RISK THAT IS VERY LIKELY TO RESULT IN THE VIOLATION OF A PRISONERS CONSTITUTIONAL RIGHTS"

Id. AT 1496 DELIBERATE INDIFFERENCE IS SHOWN, ACCORDING TO THE BERRY COURT, BY (1) "ACTUAL KNOWLEDGE OF THE SPECIFIC RISK ... OR THAT THE RISK WAS SO SUBSTANTIAL OR PERVASIVE THAT KNOWLEDGE CAN BE INFERRED", (2) A FAILURE "TO TAKE REASONABLE MEASURES TO AVERT THE HARM", AND (3) A FAILURE WHICH IN LIGHT OF THE KNOWLEDGE "JUSTIFIES liability FOR THE ATTENDANT CONSEQUENCES OF ... CONDUCT, EVEN THOUGH UNINTENDED ...." BERRY, 9ee F.2d AT 1498

SENTENCING AND PUNISHMENT →1533

350 H K 1533 Most cited cases

Formerly 110 k 1213.10 (1.)

ACTUAL KNOWLEDGE OF SUBSTANTIAL RISK OF SERIOUS HARM CAN BE INFERRED by TRIER OF FACT FROM OBVIOUSNESS OF THE RISK IN determining WHETHER PRISON OFFICIALS HAVE BEEN deliberately INDIFFERENT TO PRISONER'S SAFETY; PRISONER MAKING deliberate INDIFFERENCE claim NEED NOT ESTABLISH THAT PRISON OFFICIAL INTENDED HARM THAT ultimately TRANSPIRED

U.S.C.A. CONST. AMEND 8; 42 U.S.C.A § 1983

**APPENDIX B**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing _APPENDIX PETITION NO.1 B_

(Insert name of document)

was mailed/delivered to _RESPONDENTS_

(Insert name of defendant(s) and address(es) or name of attorney(s) and address(es))

on _Nov 28_, 200_7_.

_____
(Sign/print your name)



PAGE (1)

## STATEMENT OF CLAIM

### WITNESSES TO THE OCCURRENCE:

① CELLMATE JONES #
② HOSPITAL NURSE
③ PRISON DOCTOR "FEINERMAN"

DEC-9-2004, MY ARRIVAL TO THIS PRISON, PINCKNEYVILLE. ON DEC-16-2004, I FILED A GRIEVANCE CONCERNING PRISON LIVING AND SANITATION CONDITIONS, SUCH AS ISSUED USED CLOTHING, USED BADLY STAIN BEDLINENS. NO ISSUED SOAP, NO DISINFECT CLEANING SUPPLY, NOTHING FOR CELL UNIT TO RID OF DISEASE CARRYING MICROORGANISMS. UNFORTUNATELY MY PLEA AND GRIEVANCE RESULTS TO NO AVAIL. QUOTE, INMATES ARE NOT GIVEN DISINFECTANT TO CLEAN CELL.

WITH NO PREVIOUS SYMPTOM, ON (JAN-25-2005), 1½ MONTH LATER, I AWOKE WITH HIGH FEVER, HEAVY CHEST PAIN, SEVERE LUNGS BURNING, HEADPAIN, AND EYES BURNING. WITH THROAT PROBLEM ALONE WITH SEVERE COUGHING. BREATHING DIFFICULTY, ETC.

IMMEDIATELY, I SUMMON THE CELL-HOUSE LIEUTENANT WHO THEN CALLED THE NURSE, ARRIVING (1) HOUR LATER. UPON EXAMINATION DIAGNOSIS, I WAS IMMEDIATELY WHEELED OFF TO THE HOSPITAL. ONCE AGAIN I WAS EXAMINE BY DR. FEINERMAN WHO INFORMED LT. HOFFMAN, OVER MY OBJECTION, THAT I COULD NOT RETURN BACK TO THE CELL-HOUSE LIVING UNIT, UNDER NO CIRCUMSTANCES.

UNFORTUNATELY, CONFINED IN THE HOSPITAL FOR (4) DAYS THEN DISCHARGE BACK TO THE SAME CELL.

(cont.)

PAGE 2.                                                    EXHIBIT (5) B

## STATEMENT OF CLAIM

FURTHER, AS I WAS PREPARING TO EXIT THE Hospital,
I'd ENCOUNTER MY (CELL MATE) JONES #. JONES, WHO INFORMED
ME THAT HE LATER ALSO BECAME ILL WITH SIMMULAR
ILLINESS AND Admitted HimSELF INTO THE Hospital FOR
(1) DAY.

ON FEB-5-2005, I WAS MOVED TO A CELL WITH ANOTHER
HEALTHY INMATE. WITHIN ONE DAY HE Also SUCCUMB TO
ILLINESS THAT LASTED MANY DAYS.

MEANWHILE, MY LONG ILLNESS STILL PERSIST.

→ ( Additional INFORMATION: CELL-MATE JONES #   MALPRATICE
      SUIT AND SETTLEMENT-
      JONES V. NATESHA  151 F. SUPP 2d. 938   N.D. ILL
      STATES, HEMORRHOID CONDITION WAS A "SERIOUS MEDICAL NEED,"
      WHERE HIS HEMORRHOIDS WERE SERIOUS ENOUGH TO LEAD CORRECTIONAL
      CENTER PHYSICIANS TO PERFORM THREE SURGERIES WITHIN TWO YEARS.

→ / WHILE MYSELF AND JONES WERE CELL-MATES, HE CONTINUE BLEEDING
    FROM BOWEL-ANUS AND USE AND CONTAMINATED TOILET AND WASH BASIN SINK,
    MEANWHILE PRISON OFFICIALS CONTINUE TO DENIE ME DISINFECT/CLEANING
    SUPPLY, THEREBY DISREGARD FOR MY HEALTH AND SAFETY, TOTALY
    DELIBERATE INDIFFERENCE

37905

ILLINOIS DEPARTMENT OF CORRECTIONS →7 E X Hi bi t ③ A

Offender Outpatient Progress Notes

Pinckneyville Correctional _____ Center

Offender Information:

Last Name: *Levu*    First Name: *Enrico*    MI:    ID#: *A93034*

Treatment Protocol:
**Chest Pain**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-28-05 0930 | **S.** How long present? *2 days now* | **P.** MD referral (circle): |
| | How did it start? *ate noodles then woke up it couldn't breath.* | All chest pain not related to injury or muscle strain. HX angina, HTN, high lipids, heart problems, |
| | Past history: *C/o lungs* | Indigestion and abnormal VS, pain unrelieved after implementing TX. Protocol. |
| | *burning throat hurting.* | Transfer to HCU via wheelchair/stretcher. |
| | Describe the pain: (i.e. sharp, knife like, tight, squeezing, dull, stabbing, etc.) | DO NOT AMBULATE. |
| | | 1. Refer to MD |
| | Recent injury/strain? *Q* *Q N/V* | 2. 02 by nasal cannula at 2-4 L/min. or by face mask at 6-10 L/min. according to MD orders. |
| | | 3. Cardiac monitoring. |
| | What relieves the pain? *Nothing* | 4. Nitrostat gr. 1/150 Sl every 5 min. x 3 in sitting or lying position |
| | What increases the pain? *Every movement* | 5. Start IV of 1000 cc NS. |
| | Does pain radiate? (Y)/N | 6. EKG stat |
| | **O.** T *102.2°* P ~~78~~ *(120)* R *16* | 7. VS every 10 mins (document in medical progress notes) |
| | BP *120/68* WT *155* | 8. Disposition of inmate according to MD |
| | Heart rhythm: *Regular* | |
| | Irregularities: Y/(N) | No MD Referral (for chest pain related to injury/muscle strain) |
| | Auscultate lungs: *CTAB* | 1. Avoid activities which increase pain. |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

SD4428

ILLINOIS DEPARTMENT OF CORRECTIONS

→ Exhibit ③ B

Offender Infirmary Progress Notes

Offender Information:

Levy                    Enzio                    ID#: A93734
Last Name               First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/27/05 10:15 AM | LPN Note | P Cont present care |
| | S No I don't want to stay here. | |
| | O. I/M advised that he would be placed on seg status and would stay in iso cell in HCU. he decided to stay as a totally admitt. Alert + O x 3 and S diff. BS diminished on R side skin warm + dry. Temp elevated. Resp. even has a cough non Productive wt 150 VS temp elevated | |
| | A. alt in comfort | J Lucas LPN |
| 1-28-05 12:00 Noon | LPN Note | P labs |
| | O- Labs drawn CBC, CMP, UA by M.B Lane RN | J Lucas LPN |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

. 000033

→ EXHIBIT ①A

→ EXHIBIT

**COMMITTED PERSON'S GRIEVANCE**

| DATE: DEC-16-200**4** | Committed Person (Please Print) ENRICo LEVY | ID# A93734 |
|---|---|---|
| Present Facility: Hill | | |

Facility where grievance issue occurred: Hill

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): PRISON CONDITION

- [ ] Disciplinary Report: _____
  Date of Report

Note: Protective Custody Denials may be grieved immediately via the local administration of the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issue from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I INCARCERATED 11½YEARS, ON 12-9-2004, I WAS INAPPROPRIATE classified And Shipped FRom Hill Prison To AN Ill-wear, NOT HEALTHY, unsound, bad, sick, Resulting IN SUFFERING, DESTROYING, HOSTILE, UNFRIENDLY, NOT FAVORABLE, UNAPPROPRIOUS, NOT Up To Standard, WORST, Not A Sickly MANNER, NOT WELL, Ill Equiped, INSUFFICIENT PINCKNEYVILLE PRISON.

UPON ARRIVAL, I WAS ISSUED ALL STATE-USED clothing, And THE clothing SUPERVISOR INSTRUCTED ME THAT I MUST MAINTAIN ONE (1) YEAR, THEN I'm ABLE And ELIGIBLE To RECEIVE NEW STATE issued clothing.

furtHERMoRE NEITHER HAS I RECEIVE disinfect FoR Housing cell To Rid of disEase carrying microorganisms, NoR cleaning soap.

Relief Requested: AS of LATE, THE SHOES-MY FEET BECAME INFECTED, THE bed-linen Bedly shirt. I Have SUCCumb To SEVERE PAIN-ITCH IRRITATION And compulsive body ITCH -
THAT I BE ENTIRELY ISSUED A COMPLETE SET of NEW SHoes-cLotHING And BED Linen Today.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Enrico Levy (Committed Person's Signature)     A93734 (ID#)     12, 16, 2004 (Date)

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 1/18/05 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _Inmates are not given disinfectant to clean their cells due to Safety + Security Concerns. The Clothing Room Supervisor stated inmates will get serviceable clothing + bed linens when old + torn. You cannot request an exchange for new._

T. KISRO CCII (Print Counselor's Name)     (Counselor's Signature)     1/19/05 (Date of Response)

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature     ___/___/___

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

12

→ EXHibit ⑱

ILLINOIS DEPARTMENT OF CORRECTIONS → EXHibit
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: February 14, 2005 _____ Date of Review: February 14, 2005 _____ Grievance # (optional): 2-36 _____

Committed Person: Levy _____ ID#: A93734

Nature of Grievance: Staff Conduct

Facts Reviewed: I/L alleges misconduct by staff due to his not being issued disinfectant soap for cleaning his cell. I/M request relief in the form of he be issued all new state issued items.

Per the Clothing Room Supervisor this inmate was issued serviceable, clean, bed linens and clothing upon his arrival at PNKCC and he is not eligible to exchange them for one (1) calendar year.

Disinfectant soap is not issued to any inmate for any purpose on an individual basis. An inmate may cleanse his cell with detergent soap which can be purchased from the inmate commissary.

I failed to find evidence to substantiate the inmate allegations of misconduct by staff.

Recommendation: Grievance be denied.

Wilbor "Gene" Pursell
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _____        ☒ I concur      ☐ I do not concur      ☐ Remand

Comments: _____

_____

_____

Chief Administrative Officer's Signature                          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Enrico Levy                              A93734              2 / 17 2005
Committed Person's Signature                    ID#                    Date

Distribution: Master File; Committed Person

→ EX Hibit ①C    **Rod R. Blagojevich**
Governor

**Illinois**

**Department of**

**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

April 5, 2005

Enrico Levy
Register No. A93734
Pinckneyville Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on March 8, 2005, regarding Conditions (State-Issued Clothing; Linens; Cleaning Supplies 12/8/04), which was alleged to have occurred at Pinckneyville Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated December 16, 2004 regarding requests to be provided with fresh clothing and linens as you claim the items issued to you are unsanitary and are causing you to feel ill.  You also request disinfectant to clean your cell.

The Grievance officer's report (2-36) and subsequent recommendation dated February 14, 2005 and approval by the Chief Administrative Officer on February 18, 2005 have been reviewed.

Per the Grievance officer's report, the Clothing Room Supervisor was contacted and advised that Offender Levy was issued serviceable, clean, bed linens and clothing, which offenders are not able to exchange until one year from receipt.  Due to safety and security reasons, disinfectants are not passed out, but rather offenders may purchase cleaning supplies from the Commissary.

This office notes that Offender Levy's grievance stated he felt ill due to unsanitary conditions and would advise him to submit a sick call request.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:   Warden John Evans, Pinckneyville Correctional Center
Enrico Levy, Register No. A93734

14

EXHiBiT ②A

C.    Inmate Housing Units

The general population of inmates resides in four housing
units. Assignments to housing units will be determined by
the Placement Officer. *Actual room assignments are made by
the Assignment Captain/Lieutenant in conjunction with the
Placement Office.*

CHECK ⟶

Inmates are responsible for the cleanliness of their living unit
areas. All inmates are expected to follow the rules governing
personal property and rights of others.  Pinckneyville
Correctional Center has established designated non-smoking
cells. Interested inmates should send a request to the
Placement Office.  For those who are on the waiting list, every
effort shall be made to cell you with a non-smoker.

Exhibit (2) B

HOUSING UNITS

Within the walled confines of the Menard Correctional Center, there are seven basic housing units. They are the Reception and Classification Unit, where all inmates initially admitted from court, parole violation, work release violation, or Psychiatric Division transfers are located; the East Cellhouse; the West Cellhouse; the South Uppers and South Lowers; North 1 Segregation Unit, which includes Protective Custody and Disciplinary Segregation; and the I.P.O. Dormitory. Assignments outside the perimeter include the Menard Special Unit, located on the hill overlooking the facility on the south end of the Correctional Center, and the Menard Honor Farm, located north of the institution.

When entering a cell, you must be sure that no contraband articles are in the cell, because you are responsible for everything in the cell at all times. You will be subject to search by any employee at any time. When in your cell, you are permitted to converse with other inmates; this must be conducted in a normal talking voice. You shall be required to keep your cell walls, bars, windows, bed, wash basin, toilet stool, floor, and any other furniture clean at all times. Scratching, marring, or unauthorized painting of cell walls is not permissible. Painting of cell walls may be granted by the cellhouse supervisor. Anything not issued by the institution, not purchased in the commissary, or not permitted by special order will be considered contraband and when found in possession of contraband, you will be considered to be owner of that contraband. Radios, televisions, typewriters, and other permitted articles can only be issued to one inmate. These items may not be sold, given, or loaned to any other inmate or those items will be confiscated as being contraband. You are responsible for all state property which is issued to you and it is your responsibility to return this property upon your release from this facility. Only approved furniture is allowed in your cell.

→ EViDENCE, THE dAtA oN

WHiCH A CoNClUsioN oR

JUdgMENT eAN bE

EstAblisHEd.



## L.A. gays fighting staph infections

An emerging epidemic of drug-resistant staph infections has broken out among gay men in Los Angeles County, health officials say. Large, painful skin infections have surfaced with increasing frequency over the past months. Though doctors found the symptoms alarming, they took time to confirm that Staphylococcus aureus, or staph, was causing the skin boils, deep abscesses and inflammation. "The concern is this organism could spread to and cause disease in the community at large," says Peter Ruane, an infectious-disease specialist in Los Angeles. "It seems to be able to attack normal skin in healthy people." Ruane says he is aware of 40 cases. The infection appears to be spreading through skin-to-skin contact, including sex, and has proved to be impervious to common antibiotics.

16

Exhibit ② C

15. It is the inmate's responsibility to notify staff of any damage to a room immediately upon being assigned that particular room. The inmate is then responsible for any damage done to the room or contents.

16. All rooms including personal property shall be searched periodically for contraband. All inmates are subject to a body search at any time and at all times when entering or leaving an assignment. Property boxes will be checked every morning after the 7:00 a.m. count.

17. Property box searches are at 7:00 a.m. All property is to be in boxes until after check is done except for exempt items. Personal property permits need to be left in the white envelope.

18. Nothing will be hung on the walls, beds, windows, doors, washbasins or stools in an inmate's room. No items may be blocking observation windows (i.e. curtains or items taped to the window) at any time. No nude photos are to be posted.

19. Containers not on the approved personal property listing will not be allowed. Containers purchased through inmate commissary must contain the original contents and are to be disposed of after use.

CHECK →

20. Inmates are required to clean their rooms regularly. Rooms are to be kept clean and orderly at all times. Windows, walls, ceilings are to kept clean. Writing, scratching and otherwise defacing walls, doors, ceilings or any other state property is prohibited. Any violations will result in disciplinary measure, which may include restitution.

21. Dry waste material such as paper, cups, rags, baggies, cellophane, plastic, etc. are to be put in a trash can and are not to be flushed down the toilet.

22. Inmates must not utilize paper bags to collect paper and trash or use paper bags as a lining for waste paper baskets.

23. Light fixtures in rooms are not to be covered, painted or altered in any way. No homemade electrical devices are permitted. No colored bulbs are allowed.

24. Ventilation and heating vents are not to be covered or tampered with in any way. Window screens are not to be removed or damaged in any way. Window screens shall not be altered for outside antennas.

25. All TV cables are not to be altered or tampered with in any way. They are to be turned in to Personal Property upon transfer or parole. Inmates may take the cable with them if they are reassigned to another cell or unit within the facility.

26. All electrical appliances will be turned off or unplugged when not in use. Also, electrical equipment is not to be rewired. To do so may create a fire or safety hazard. Electrical cords may not be spliced.

27. No inmate may have in his possession any recording device, which is capable of recording conversation, except as specifically and explicitly authorized.

(OVER)

16. 2.

EXHIBIT

CHECK →

28. Inmates are not authorized to maintain state issued cleaning supplies including industry brooms in their cell.

29. Tampering with light switches or door locks is not allowed.

30. Ice is made available in the housing units. Inmates may not hoard ice. They will be limited to one (1) scoop as scheduled. Bagging of ice is prohibited, as plastic bags are made with recycled, non-food grade plastic and often treated with pesticides and dangerous to your health.

31. Inmate laundry will be done in the housing units by assigned housing unit laundry workers. Issued blankets will be cleaned by laundry workers. Use of washing machines and dryers is prohibited by anyone not assigned as a housing unit laundry worker.

32. Showers may be utilized during dayroom hours only. However, Phase inmates or inmates that are unassigned will not be allowed access to showers after six (6) p.m. Inmates must drape themselves with a towel or bathrobe when in the hallway area during shower procedures.

33. Razor blades are not to be removed from their cartridge. Such an item would be considered a weapon or dangerous contraband. You may have only three (3) razors in your possession at a time. You may have only the type sold in the commissary.

34. Inmates are prohibited from using correctional center telephones, except as authorized.

35. Inmates are expected to be fully dressed (i.e. shoes/boots, shirt and pants with belts buckled) when leaving the housing unit. Shirts must be fully buttoned to the second button down from the collar and tucked in. I.D.'s are to be attached to the left collar with the photo facing out.

36. When inmates are in their housing units, including dayroom activity, Informal dress is authorized. Gym shorts and tee shirts are permissible. No towels only or underwear only are to be worn in the dayroom or on the landing areas. Shoes and/or thongs/slippers must be worn any time an inmate leaves his room. No plastic type headgear will be worn out of the housing unit. Hairbands are not permitted, with the exception of white headbands, which are allowed for dietary workers only on their assignment.

37. Inmates are required to wear state issued shirts with collars and state issued pants on their respective job assignments. Dietary workers are issued white jumpsuits to wear over their state issued blue pants and shirts. Outside grounds workers will wear red jumpsuits.

38. No clothing items, either state or personal, are allowed to be altered from their original state.

39. No smoking in the Dietary. Inmates entering Dietary for meals are required to wear state blue shirts with sleeves, and state blue pants. Sleeveless shirts will not be allowed. Hats are prohibited except for inmate workers assigned to Dietary.

13

→ EXHibiT ⑥

| 307. | UNAUTHORIZED MOVEMENT | 2 months | 2 months | 2 months | 2 months |
|---|---|---|---|---|---|
| | Definition: Being anywhere without authorization or being absent from where required to be. | | | | |
| 308. | CONTRABAND/UNAUTHORIZED PROPERTY | 3 months | 3 months | 3 months | 3 months |
| | Definition: Possessing, giving, loaning, receiving, or using property which a committed person has no authorization to have or to receive and which was not issued to the individual through regular procedures, including the unauthorized possession of food or clothing or the possession of property in excess of that which is authorized by the institution; or property which has been altered from its original state. | | | | |
| 309. | PETITIONS, POSTINGS, AND BUSINESS VENTURES | 6 months | 6 months | 3 months | 3 months |
| | Definition: Writing, signing, or circulating a petition without authorization; unauthorized distributing or posting of any printed or written materials, including surveys; engaging in an unauthorized business venture; or representing oneself as a corporation or official of a corporation without authorization. | | | | |
| 310. | ABUSE OF PRIVILEGES | 3 months | 3 months | 3 months | 3 months |
| | Definition: Violating any rule regarding visits, mail, the library, yard, commissary, telephone, or recreational activities. This includes corresponding or communicating with a victim, a victim's family member, or other person after the committed person has received notice that such person has informed the Department that he or she does not wish to receive correspondence from the committed person. However, if the conduct also constitutes a violation of federal or State law, a committed person may also be charged under #501. | | | | |
| 311. | FAILURE TO SUBMIT TO MEDICAL OR FORENSIC TESTS | 3 months | 3 months | 3 months | 3 months |
| | Definition: Willfully refusing to submit to, or cooperate with, testing, examinations, or the provision of samples required by court order, State law, or current standards of public health and safety, including the refusal to submit to annual tuberculosis screening and mandatory HIV or DNA testing. | | | | |
| 402. | HEALTH, SMOKING, OR SAFETY VIOLATIONS | 3 months | 3 months | 3 months | 3 months |
| | Definition: Smoking in an unauthorized area; tattooing or body piercing, including, but not limited to, piercing of the ear, nose, or lip; or disregarding basic hygiene of person, cell, living or work area, or other place in the facility or its grounds. | | | | |
| 403. | DISOBEYING A DIRECT ORDER | 3 months | 3 months | 3 months | 3 months |
| | Definition: willfully refusing to comply with an order, including the refusal to participate in educational testing; to accept a work, educational, or housing assignment; or to perform a work assignment. | | | | |

CHECK

CHECK

21

ENRICA LEVY # A93734

PETITIONER

V-

STATE OF ILL, DEPT. OF

CORRECTION, PINCKNEYVILLE

Respondent

CASE NO. _____

Motion For Leave To Amend

And Subpoena

SEC. 505/9.B

I, ENRICA LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE by MOTION

WITH PRAYER TO THIS HONORABLE COURT, AND IN SUPPORT STATES:

(1)    CLAIMANT REQUEST THIS COURT TO GRANT CLAIMANT'S MOTION TO

SUBPOENA MATERIAL WITNESS AND CELLMATE ~~JONES #~~

(2)    THAT PETITIONER IS PRESENTLY INCARCERATED AT THE PINCKNEYVILLE

CORRECTIONAL CENTER, IN PINCKNEYVILLE, ILL, 62274

(3)    WHEREFORE, PETITIONER, PRO SE, PRAY THAT THIS HONORABLE COURT

GRANT THIS NECESSARY PREREQUISITE MOTION SUPPORTED BY AFFIDAVIT.

ENRICO LEVY # A93734

                Plaintiff

VS

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE

             RESPONDENTS

No. _____

# SUMMONS

To the: **INMATE #**     **JONES**

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court at the Courthouse, _____ Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Name _____      WITNESS, _____

Attorney for _____

Address _____      _____
                                                 Clerk of Court

City _____      by _____
                                                 Deputy

Telephone _____      (Seal of Court)

Date of Service: _____, 19____
(To be inserted by officer on copy left with defendant or other person)

## SHERIFF'S FEES

Service and return . . . . . . . . . . . . . . . . . . .   $ _____

Miles _____   _____

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) — (Individual defendants—personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) — (Individual defendants—abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |

(c) — (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |

(d) — (Other service):

_____, Sheriff of _____ County

Deputy

COURT OF CLAIM
STATE OF ILLINOIS

ENRICO LEVY #A93734

      PETITIONER

        V-

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE

      RESPONDENT

CASE NO. _____


MOTION FOR LEAVE TO AMEND

AND  SUBPOENA

          SEC. 505/9.B


I , ENRICO LEVY, PETITIONER PRO SE , RESPECTFULLY HEREBY move by motion
WITH PRAYER TO THIS HONORABLE COURT , AND IN SUPPORT STATES:

(1)  CLAIMANT'S REQUEST THIS COURT TO GRANT CLAIMANT'S MOTION TO
SUBPOENA DEFENDANT AND/OR MATERIAL WITNESS DOCTOR, ADRIAN FEINERMAN

(2)  THAT PETITIONER IS PRESENTLY INCARCERATED AT THE PINCKNEYVILLE
CORRECTIONAL CENTER , IN PINCKNEYVILLE , ILL, 62274

(3)  WHEREFORE , PETITIONER , PRO SE, PRAY THAT THIS HONORABLE COURT
GRANT THIS NECESSARY PREREQUISITE MOTION SUPPORTED BY AFFIDAVIT.

ENRICO LEVY # A93734

Plaintiff

VS

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE

RESPONDENTS

No.

# SUMMONS

To the defendant: DOCTOR FRINERMAN

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court at the Courthouse, _____ Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Name _____

Attorney for _____

Address _____

City _____

Telephone _____

WITNESS, _____ 19 __

_____
Clerk of Court

by _____
Deputy

(Seal of Court)

Date of Service: _____, 19 ____
(To be inserted by officer on copy left with defendant
or other person)

### SHERIFF'S FEES

Service and return . . . . . . . . . . . . . . . . .  $ _____

Miles  _____                    _____

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) — (Individual defendants—personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
| --- | --- |
| | |
| | |
| | |

(b) — (Individual defendants—abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
| --- | --- | --- | --- |
| | | | |
| | | | |

(c) — (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
| --- | --- | --- |
| | | |
| | | |

(d) — (Other service):

_____ , Sheriff of _____ County

By _____  _____ Deputy

SD-28

STATE OF ILLINOIS
U.S FEDERAL DIST. COURT
NORTHERN

ENRICO LEVY # A93734

PETITIONER

V.

STATE OF ILLINOIS, DEPT. OF
CORRECTION, LAWRENCE, WARDEN BARTLEY
PRISONS DIRECTOR ROGER E. WALKER JR.
RESPONDENTS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER: _____

## NOTICE OF FILING

To:  LISA MADIGAN
ILLINOIS ATTORNEY GENERAL
500 S. 2nd. St.
SPRINGFIELD, ILL, 62706

You are hereby notified that on _OCT- 2 0 - 2007_ , I have caused
the attached documents to be sent to the above-named party(ies).

By: ___U. S. MAIL___

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached documents
have been served on the above-named party(ies).  The same being sent via the
United States Mail, with proper postage having been paid at the _____
Correctional Center on ___1 - 2 0 - 2007___ .                    PINCKNEYVILLE

_Enrico Levy_