17HW

**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
JAN 25 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ENRICO LEVY | **Defendant(s):** | STATE OF ILLINOIS DEPT. OF CORRECTION GALESBURG WARDEN, et. al. |
| **County of Residence:** | LAWRENCE | **County of Residence:** | |
| **Plaintiff's Address:** | Enrico Levy<br>A-93734<br>Lawrence - LAW<br>R.R. 2, Box 31<br>Sumner, IL 62466 | **Defendant's Attorney:** | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL  60601 |

**Basis of Jurisdiction:**   ☐ 1. U.S. Government Plaintiff      ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:

Defendant:

**08CV573
JUDGE CONLON
MAGISTRATE JUDGE KEYS**

**Origin:**   ☑ 1. Original Proceeding         ☐ 5. Transferred From Other District
             ☐ 2. Removed From State Court    ☐ 6. MultiDistrict Litigation
             ☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from Magistrate Judgment
             ☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** *A. E. Woodham*     **Date:** 01/25/2008

Conlon    06 C 4449
Keys