7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 2 5 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Enrico Levy #A93734
_____
Plaintiff

v.

State of Illinois, Dept. of Correction, Galesburg-Pinckneyville Warden Barkley, Prisons Director Roger E. Walker Jr.
_____
Defendant(s)

08CV573
JUDGE CONLON
MAGISTRATE JUDGE KEYS

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Enrico Levy**, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # **A93734**   Name of prison or jail: **Lawrence**
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: **1992**
      Monthly salary or wages: **20.00 A Month**
      Name and address of last employer: **Stateville Prison**

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount **None**   Received by_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Nov-30 2007

_____
Signature of Applicant

ENRICO LEVY
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____　　　_____
DATE　　　　　　　　　　　　SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 7/18/02

State Of Illinois    )
                     ) SS.
County Of LAWRENCE   )

# Certification Of Institutional Funds

I, certify that the inmate trust fund account of resident, __Enrico Levy__

Institutional number, __A93734__, shows a balance of ($ __571.63__) here at the __LAWRENCE__

Correctional Center, where the above resident is now incarcerated.

_____
Authorized Person

9-19-07  Acct Tech F
_____
Title

Dated: __9-19-07__

__Trust Fund__
Office of:

\*\*\* Note: A ledger of the prisoner's trust fund account for the past six months must be attached to this certificate \*\*\*

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 03/19/2007 thru End; Inmate: A93734; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

Inmate: A93734 Levy, Enrico          Housing Unit: LAW-R4-AL-20

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222134 | | P/R month of 07/2007 | 6.80 | 6.80 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228334 | Chk #19131 | 056849, DOC: 523 Fund Inmate R, Inv. Date: 08/15/2007 | -.41 | 6.39 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228334 | Chk #19131 | 056685, DOC: 523 Fund Inmate R, Inv. Date: 07/31/2007 | -.41 | 5.98 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228334 | Chk #19131 | 056668, DOC: 523 Fund Inmate R, Inv. Date: 07/27/2007 | -.97 | 5.01 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228334 | Chk #19131 | 056849, DOC: 523 Fund Inmate R, Inv. Date: 08/15/2007 | -.41 | 4.60 |
| 08/16/07 | Disbursements | 84 Library | 228334 | Chk #19132 | 056664, DOC: 523 Fund Library, Inv. Date: 07/27/2007 | -3.45 | 1.15 |
| 09/14/07 | Disbursements | 84 Library | 257334 | Chk #19307 | 056902, DOC: 523 Fund Library, Inv. Date: 08/20/2007 | -1.15 | -.00 |
| 09/17/07 | Payroll | 20 Payroll Adjustment | 260134 | | P/R month of 08/2007 | 10.00 | 10.00 |

|  |  |
|---|---|
| Total Inmate Funds: | 10.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 581.63 |
| Funds Available: | -571.63 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/06/2007 | | Disb | Debts due to State (non-postage) | 56 Pinckneyville CC | $566.28 |
| 08/20/2007 | 056904 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/20/2007 | 056904 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/23/2007 | 056957 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 08/30/2007 | 057013 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.96 |
| 08/30/2007 | 057013 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/04/2007 | 057042 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 09/04/2007 | 057058 | Disb | Library | 2 DOC: 523 Fund Library | $3.85 |
| 09/05/2007 | 057063 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 09/17/2007 | 057174 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/17/2007 | 057174 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/17/2007 | 057179 | Disb | Library | 2 DOC: 523 Fund Library | $2.05 |
| 09/17/2007 | 057180 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/17/2007 | 057180 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 09/19/2007 | 057272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 09/19/2007 | 057272 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |

Total Restrictions: $581.63

*You need to contact previous institutions for prior transaction statements*

Date: 11/20/2007
Time: 12:41:13
CHAMP

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement
9/21/2007 to 11/20/2007

Page 1 of 2

**Inmate:** A93734 Levy, Enrico  **Housing Unit:** LAW-R4-AL-20

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.00 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 284134 | | P/R month of 09/2007 | 10.00 | 20.00 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057174, DOC: 523 Fund Inmate R, Inv. Date: 09/17/2007 | -.41 | 19.59 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 056904, DOC: 523 Fund Inmate R, Inv. Date: 08/20/2007 | -.41 | 19.18 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 056904, DOC: 523 Fund Inmate R, Inv. Date: 08/20/2007 | -.41 | 18.77 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057339, DOC: 523 Fund Inmate R, Inv. Date: 09/21/2007 | -1.99 | 16.78 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057180, DOC: 523 Fund Inmate R, Inv. Date: 09/17/2007 | -.41 | 16.37 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057174, DOC: 523 Fund Inmate R, Inv. Date: 09/17/2007 | -.41 | 15.96 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057042, DOC: 523 Fund Inmate R, Inv. Date: 09/04/2007 | -.58 | 15.38 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057013, DOC: 523 Fund Inmate R, Inv. Date: 08/30/2007 | -2.96 | 12.42 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057013, DOC: 523 Fund Inmate R, Inv. Date: 08/30/2007 | -.41 | 12.01 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057180, DOC: 523 Fund Inmate R, Inv. Date: 09/17/2007 | -.41 | 11.60 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057272, DOC: 523 Fund Inmate R, Inv. Date: 09/19/2007 | -.97 | 10.63 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057272, DOC: 523 Fund Inmate R, Inv. Date: 09/19/2007 | -.97 | 9.66 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057529, DOC: 523 Fund Inmate R, Inv. Date: 10/12/2007 | -1.82 | 7.84 |
| 10/16/07 | Disbursements | 84 Library | 289334 | Chk #19610 | 056957, DOC: 523 Fund Library, Inv. Date: 08/23/2007 | -.60 | 7.24 |
| 10/16/07 | Disbursements | 84 Library | 289334 | Chk #19610 | 057179, DOC: 523 Fund Library, Inv. Date: 09/17/2007 | -2.05 | 5.19 |
| 10/16/07 | Disbursements | 84 Library | 289334 | Chk #19610 | 057058, DOC: 523 Fund Library, Inv. Date: 09/04/2007 | -3.85 | 1.34 |
| 10/16/07 | Disbursements | 84 Library | 289334 | Chk #19610 | 057063, DOC: 523 Fund Library, Inv. Date: 09/05/2007 | -.50 | .84 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313134 | | P/R month of 10/2007 | 10.00 | 10.84 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320334 | Chk #19841 | 057674, DOC: 523 Fund Inmate R, Inv. Date: 10/24/2007 | -1.99 | 8.85 |
| 11/16/07 | Disbursements | 84 Library | 320334 | Chk #19842 | 057416, DOC: 523 Fund Library, Inv. Date: 10/02/2007 | -8.50 | .35 |

|  |  |
|---|---:|
| Total Inmate Funds: | .35 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 694.00 |
| Funds Available: | -693.65 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/06/2007 | | Disb | Debts due to State (non-postage) | 56 Pinckneyville CC | $566.28 |
| 10/05/2007 | 057466 | Disb | Library | 2 DOC: 523 Fund Library | $12.00 |

Date: 5/8/2007
Time: 11:35am
d_list_inmate_trans_statement_composite

**Pinckneyville Correctional Center**
**Trust Fund**
View Transactions

Page 1

**Inmate: A93734 Levy, Enrico**

**Housing Unit: PNK-R5-B -65**

|                                  |         |
|----------------------------------|---------|
| Total Inmate Funds:              | .00     |
| Less Funds Held For Orders:      | .00     |
| Less Funds Restricted:           | 486.84  |
| Funds Available:                 | -486.84 |
| Total Furloughs:                 | .00     |
| Total Voluntary Restitutions:    | .00     |