IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 25 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENRICO LEVY #A93734
_____
Plaintiff/Petitioner,

vs.

STATE of ILLINOIS, DEPT. of CORRECTION
GALESBURG, PINCKNEYVILLE WARDEN BARKLEY
PRISONS DIRECTOR Defendant(s)/Respondent.
ROGER E. WALKER JR.

08CV573
JUDGE CONLON
MAGISTRATE JUDGE KEYS

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, ENRICO LEVY, am (check one) the ☒ plaintiff ☐ petitioner ☐ defendant in above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☐ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

11-30-2007
Date

Enrico Levy
Movant's Signature

RT. R-2 BOX 31
Street Address

SUMNER, ILL 62466
City   State   Zip

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

# JENNER & BLOCK

August 29, 2007

Jenner & Block LLP            Chicago
One IBM Plaza                 Dallas
Chicago, IL 60611-7603        New York
Tel 312 222-9350              Washington, DC
www.jenner.com

Enrico Levy
Lawrence Correctional Center
RR2, Box 31
Sumner, IL 62466
Register No.: A93734

Barry Levenstam
Tel 312-923-2735
Fax 312-840-7735

Dear Mr. Levy:

Thank you again for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosure

 

Pro Bono Serves

DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
T 202.861.3900
F 202.223.2085
W www.dlapiper.com

ELIZABETH R. DEWEY
elizabeth.dewey@dlapiper.com
T 202.861.6218  F 202.223.2085

June 1, 2007

**VIA FIRST CLASS MAIL**
Enric Levy
A93734
Box 999
Pinckneyville, IL 62274

Re:  Request For Pro Bono Assistance

Dear Mr. Levy:

We are in receipt of your letter requesting pro bono assistance. DLA Piper attempts to provide legal assistance to as many individuals as possible, but, unfortunately, the demand for such representation far exceeds our ability to do so. While we appreciate your need for pro bono representation, we are unable at this time to provide such representation.

We wish you good luck in the future and encourage you to continue to seek pro bono representation for other firms.

Sincerely

Lisa Dewey

Enclosures

**Holland & Knight**

Fax 312 578 6666

131 South Dearborn Street, 30th Floor
Chicago, IL 60603-5517
www.hklaw.com

Robert H. Gerstein
312 715-5720
robert.gerstein@hklaw.com

September 27, 2006

Mr. Enrico Levy
#A93734
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

Dear Mr. Levy:

    This will acknowledge receipt of your request for pro bono representation. Your request has been reviewed by a member of our pro bono committee and a determination has been made that we will not be able to represent you.

    We receive a substantial number of requests for pro bono representation, and review each of them carefully to determine whether, based on a variety of criteria, we are in a position to handle such request.

    Enclosed are the documents you forwarded to us.

Very truly yours,

*[signature]*

HOLLAND & KNIGHT LLP
Robert H. Gerstein
Co-Pro Bono Partner

cc:    Julie A. Tappendorf

# 3759010_v5