# United States District Court
## Northern District of Illinois
### Eastern Division

ENRICO LEVY # A93734　　　　　　　　**JUDGMENT IN A CIVIL CASE**

v.　　　　　　　　　　　　　　　　　　Case Number: 08 C 573

STATE OF ILLINOIS DEPT. OF
CORRECTIONS

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 2/15/2008

/s/ Willia Harmon, Deputy Clerk