# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0573 | **DATE** | 3/17/2008 |
| **CASE TITLE** | ENRICO LEVY vs. STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, ET AL | | |

**DOCKET ENTRY TEXT**

Petitioner's motion [4] for appointment of counsel, motion to reconsider and amend and motion for extension of time with affidavit are denied.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|