U.S. FEDERAL DIST. COURT OF APPEAL
STATE OF ILLINOIS
NORTHERN 7TH. CIRCUIT



ENRICO LEVY # A93734

### PETITIONER

V.

STATE OF ILLINOIS, DEPT. OF
CORRECTION, LAWRENCE
WARDEN LEE RYKER AND PINCKNEYVILLE WARDEN EVANS
RESPONDENTS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# FILED

MAR 2 4 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**MAR 2 4 2008**

CASE NUMBER: 08-C-573

08CV573

## NOTICE OF FILING

To:   LISA MADIGAN
ILLINOIS ATTORNEY GENERAL
500 S. 2nd. St.
SPRINGFIELD, ILL, 62706

You are hereby notified that on        3-08      2008      , I have caused
the attached documents to be sent to the above-named party(ies).

By:   U. S. MAIL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached documents
have been served on the above-named party(ies). The same being sent via the
United States Mail, with proper postage having been paid at the Pinckneyville
Correctional Center on _____3-08-_____2008_____.
LAWRENCE

_Enrico Levy_

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 28 DAY OF January 2007

_Sharon Kay Ragland_
NOTARY/PUBLIC

OFFICIAL SEAL
SHARON KAY RAGLAND
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03-10-07

U.S. FEDERAL COURT OF APPEAL
NORTHERN, STATE OF ILLINOIS
7TH. CIRCUIT

**FILED**

MAR 2 4 2008 aew

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

ENRICO LEVY #A93734

PETITIONER

V

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE
WARDEN, EVAN AND LAWRENCE
WARDEN, LEE RYKER

RESPONDENTS

CASE NO.  08-C-573

08 cv 573

PLAINTIFF'S PRO SE.
LATE
MOTION FOR LEAVE TO APPEAL
AND ALLOW ORIGINAL PETITION
TO STAND AS BRIEF.

I, ENRICO LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE WITH MOTION
AND PRAYER TO THIS HONORABLE COURT, AND IN SUPPORT STATES:

1) I AM NOT REPRESENTED BY AN ATTORNEY IN THIS CASE, HOWEVER THIS
MOTION AND PETITION IS SUPPORTED WITH AFFIDAVIT AND DOCUMENTS.

(2) I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE.

(3) I AM A PRISONER INCARCERATED (23) YEARS IN THE ILLINOIS DEPT. OF
CORRECTION, AT THE PRESENT HERE AT LAWRENCE PRISON, SUMNER ILLINOIS.

(4) PETITIONER PRAY THIS HONORABLE COURT GRANT MOTION REQUEST.

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF ___LAWRENCE___   )

## AFFIDAVIT

I, ___ENRICO LEVY #A9373Y___ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

FEDERAL AND STATE LAW IN THE PAST HAS RECOGNIZE INCONSISTENCY WITH PRISON LAW AND MAIL SERVICE ALONE WITH CONDITIONS TO INMATES. SUCH AS DELAY, COPY MACHINE BREAKDOWN, AND PRISON LOCKDOWN, TO MORE EXTEND OR DEGREE OF HAND TO HAND EXCHANGE HANDLING. MISPLACE AND MANYTIMES OVER AND OVER LOSS OF INMATES LEGAL DOCUMENTS, HOWEVER, THIS WHICH IS MY CASE IN POINT, WHEREFORE COURTS RELUCTANTLY HAVE GRANTED INMATES WIDE LATITUDE IN (TIMELY) CORRESPONDING, FILING DOCUMENTS AND LITIGATING.

MANY TIMES OVER I HAVE EXPERIENCE THESE ABOVE MENTION PROBLEMS SUCH AS PERTAINING TO THIS CASE. WHEN SUCH DOES OCCUR, I IMMEDIATELY FILE AN EMERGENCY-GRIEVANCE C/O WARDEN, TO NO AVAIL.

WHEREBY, I REQUEST WITH PRAYER THIS COURT GRANT REPRIEVE

_Enrico Levy_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____ 20____

_____
NOTARY PUBLIC

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

ENRICO LEVY # A93734                    **JUDGMENT IN A CIVIL CASE**

v.                                      Case Number: 08 C 573

STATE OF ILLINOIS DEPT. OF
CORRECTIONS

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been
    tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have
    been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.


Michael W. Dobbins, Clerk of Court


Date: 2/15/2008                         _____

                                        /s/ Willia Harmon, Deputy Clerk

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 573 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Enrico Levy # A 93734 v. State of Illinois Dept. of Corrections | | |

**DOCKET ENTRY TEXT:**

The Plaintiff's motion for leave to file in forma pauperis is denied [3] pursuant to 28 U.S.C. § 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center.

■[ For further details see text below.]

*Suzanne B. Conlon*
Docketing to mail notices.

## STATEMENT

The Plaintiff, Enrico Levy, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis*. The motion must be denied because the plaintiff has accumulated at least three "strikes."

The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). At least three of the plaintiff's previous actions have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Levy v. State of Illinois,* 96 C 4939, dismissed 1/21/97; *Levy v. State of Il.,* 96 C 4705, dismissed 3/10/97, and *Levy v. State of Il.,* 96 C 7799, dismissed on 4/22/97. In fact, the court previously advised the plaintiff that he had "struck out." *See* Order in 06 C 4449, on 8/28/06. Notwithstanding his knowledge that he is barred from doing so, the plaintiff has nevertheless sought leave to proceed *in forma pauperis,* and without disclosing his 1915(g) status to the court. Consequently, the plaintiff's effective "fraud" on the court must "lead to immediate termination of the suit." *Sloan v. Lesza,* 181 F.3d 857 (7th Cir. 1999). The complaint is accordingly dismissed with prejudice, as nothing in the complaint supports an allegation of imminent danger of serious physical injury.

However, having brought this action, the plaintiff remains obligated to pay the full $350 filing fee. *See* 28 U.S.C. §1915(b)(1). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

*Suzanne B. Conlon*

| | | ste |
|---|---|---|

U.S. FEDERAL COURT OF APPEAL
NORTHERN, STATE OF ILLINOIS
7TH. CIRCUIT

ENRICO LEVY #A93734
PETITIONER

~ VS ~

STATE OF ILL, DEPT. OF
CORRECTION PINCKNEYVILLE
WARDEN EVANS, AND
LAWRENCE WARDEN LEE RYKER

RESPONDENT'S

DOCKET NUMBER _____

APPEAL FROM
CIRCUIT NO. 7TH
TRIAL JUDGE SUZANNE B. CONLON
DATE OF NOTICE OF APPEAL
DATE OF JUDGMENT 2-15-2008
DATE OF POST JUDGMENT
ORDER OF DISMISSING 42 §1483 CIVIL
NATURE: PERSONAL INJURY

DOCKET STATEMENT
CIVIL

1.   NOTICE FOR LEAVE TO FILE APPEAL HAS BEEN SERVED

2.   NO COUNSEL HAS BEEN APPOINTED

3.   THIS APPEAL CAN BE ACCELERATED

U. S. FEderAl court oF APPEAl
NorTHERN, STATE oF ILLINois
7TH, CIRCuiT

EnRico LEVY #A93734
         PETiTioNER

  - VS -

STATE oF ILL, DEPT. oF
coRRECTioN, PiNCKNEYViIlE
WARdEN EVANS, ANd LAWRENCE
WARdEN LEE RYKER
         RESPoNdENt's

APPEAl oF INTENT

FRom THE
U.S. FEdERAl bist. coURT oF Ill.

CASE No. 08-C-573
Judge SUZANNE B, CoNloN

PETiTioN FoR LEAVE To APPEAl

FEdERAl RulE

EnRico LEVY #A93734
FRom PinckNEYViIlE PRiSoN
FAcility To LAWRENCE
RT. 2  Box 31
SUMNER, Ill, 62466

oRAl ARGumENT

BRIEF

APPENDIX (A)

ORIGINAL AND AMEND COMPLAINT

Plaintiff's complaint N°3
SUPPLEMENTAL

STATE OF ILLINOIS  )
                   ) SS :
COUNTY OF LAWRENCE )

### S W O R N   A F F I D A V I T

I, ENRICO LEVY #A93734   , After Being Duly Sworn Upon My Oath Depose And States That the Following Matters Are Both true And Correct In Substance And In Facts :

HERE AT LAWRENCE PRISON, INMATES, INCLUDING MYSELF ARE TOSS INTO A TWO MEN CELL, DESPITE AGGRESSION TOWARD EACH OTHER AND COMPLAINTS TO THE WARDENS AND THEIR SECURITY STAFF TO BE MOVE TO ANOTHER CELL OF PEACE, IRONICALLY, FAILS ON DEATH EARS. INMATES CAN FIGHT TO DEATH. HERE IN SEGREGATION.

ON 3-13-2008, OVER AND OVER, I COMPLAINTED TO BE MOVE TO ANOTHER CELL DUE TO AGGRESSION, SADLY, I WAS TAKEN AND STRIPPED OF LIFE NECESSITY ITEMS, THEN PLACED INTO A CELL WITH A CONTRETE BLOCK FLOORBED. THERE AND PRESENT, I BEEN DENIED OF ALL FEED DAILY, AND STILL CONTINUE AS OF THIS COMPLAINT, HERE IN SEGREGATION.

FURTHERMORE, AT THE BEGINNING OF THIS DURATION, APPROXIMATELY 2-14-2008, ON THIS CONCRETE FLOOR BLOCKBED, I SEVERELY INJURED MY BACK AND NECK, WITH PAIN CONTINUELY, I REPEATELY REQUEST TO SEE THE DOCTOR, TO NO AVAIL.

54 YEARS AGE, 23 YEARS INCARCERATED

So Stated : Enrico Levy #A93734

SUBSCRIBED AND SWORN TO BEFORE
ME THIS _____ DAY OF _____ 20 ____
Notary : _____

SEGREGATION (2) #L2

4

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

*AL 9*

| | | |
|---|---|---|
| **Name:** LEVY, ENRICO | **IDOC Number:** A93734 | **Race:** BLK |
| **Hearing Date/Time:** 2/24/2008 10:22 AM | **Living Unit:** LAW-S-BL-15 | **Orientation Status:** N/A |
| **Incident Number:** 200800498/1 - LAW | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 2/14/2008 | 200800498/1-LAW | HABING, BENJAMIN G | DIETARY | 10:03 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |
| 304 | Insolence | Guilty |
| 307 | Unauthorized Movement | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate refused to appear for his hearing.

## BASIS FOR DECISION
Based on IDR by reporting employee that inmate Levy was observed walking around in dietary during chow lines when he should have been seated at his assigned table. Based on inmate Levy's statement to the officer, "I need to get out of this institution before I get the death penalty." Based on inmate's refusal to appear for his hearing. Based on the incident being witnessed by Lt. Duncan. Inmate identified by state ID. Due to the nature of the offense the adjustment committee recommends the following.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| **Basis for Discipline:** Nature of offense | |

### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|---|-----------|------|------|
| KUNTZ, ROBERT F  - Chair Person | *[signature]* | 02/24/08 | WHI |
| COOPER, ELDON L | *[signature]* | 02/24/08 | BLK |

Recommended Action Approved

## Final Comments: N/A

| | | |
|---|---|---|
| DERWIN L RYKER / DLR  2/25/2008 | *[signature]* | 02/25/08 |
| **Chief Administrative Officer** | **Signature** | **Date** |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | | |
|---|---|---|
| *[signature]* | 2-27-08   1P | |
| **Employee Serving Copy to Committed Person** | **When Served - - Date and Time** | |

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

*AL 9*

Name: LEVY, ENRICO        IDOC Number: A93734        Race: BLK

Hearing Date/Time: 2/24/2008  10:22 AM        Living Unit: LAW-S-BL-15        Orientation Status: N/A

Incident Number: 200800499/1 - LAW        Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 2/14/2008 | 200800499/1-LAW | FREEMAN J, JAMES E | SEGREGATION | 10:50 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate refused to appear for the hearing.

## BASIS FOR DECISION
Based on IDR by reporting employee that inmate Levy stated to the food sergeant, "You can give C/O Habing a message. He is a dead bitch when I get out of here. You can tell that director C/O Habing is a dead bitch." Based on inmate's refusal to appear for his hearing. Inmate identified by state ID. Due to the nature of the offense the adjustment committee recommends the following.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| **Basis for Discipline:Nature of offense** | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|-----------|------|------|
| KUNTZ, ROBERT F  - Chair Person | *Bolli K  6175* | 02/24/08 | WHI |
| COOPER, ELDON L | *Eldon Cooper 12572* | 02/24/08 | BLK |
| Recommended Action Approved | | | |

## Final Comments: N/A

DERWIN L RYKER / DLR  2/25/2008        *[signature]*        02/25/08
**Chief Administrative Officer**        **Signature**        **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*[signature]*        2-22-08  1:30
**Employee Serving Copy to Committed Person**        **When Served - - Date and Time**

5

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

Date: _2-14-2008_

Type of Report:
[X] Disciplinary   [ ] Investigative

_Lawrence_ Facility

Offender Name: _Levy_                    ID #: _A93737_

Observation Date: _2-14-2008_   Approximate Time: _10:03_  [X] p.m.   Location: _North Dining Room_

Offense(s): DR 504: _206 Intimidation or Threats, 304 Insolence, 307 Unauthorized Movement,_

Observation: (NOTE: Each offense identified above must be substantiated): _308 Unauthorized Property, 403 Disobeying a Direct Order_
_On the above date and approx. time, this R/E observed I/m Levy A93737 walking_
_around in the dining room, when he should have been sitting at his seat, eating_
_his lunch. This R/E walked over to I/m Levy's table and observed I/m_
_Levy looking at some papers. This R/E gave I/m Levy 3 direct orders_
_to give the papers, to this R/E. I/m Levy disobeyed all 3 orders. I/m_
_Levy replied "I need to get out of this institution before I get the_
_death penalty." Dietary Zone Lt. Duncan notified. I/m Levy was walked_
_to seg. I/m Levy I'D'ed by state I.D. DOC0300 completed._

Witness(es): _Lt Duncan_

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| _S/o B. Habing_ | _17989_ | _R. H. Lin_ | _2-14-2015_ | _11:01_ [X] p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

Shift Review: [X] Temporary Confinement   [ ] Investigative Status   Reasons: _Nature of offense_

_Maj. Hamm 457_                    _Bruce Bess_                    _2-14-8_
Printed Name and Badge #          Shift Supervisor's Signature          Date
                                  (For Transition Centers, Chief Administrative Officer)

Reviewing Officer's Decision: [ ] Confinement reviewed by Reviewing Officer   Comment: _No comment_ _(Perkins C.O.)_
[X] Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit

_Maj. Hamm 457_                    _M_                    _2/14/08_
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

[ ] **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #      Hearing Investigator's Signature      Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and any witnesses that could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[X] Check if offender refused to sign

_Kenneth R. Griffin_   Offender's Signature   _5804_                    ID# _A93737_
Serving Employee (Print Name)          Badge # _915_          Signature

_2-21-08_                    [ ] a.m.
Date Served          Time Served          [ ] p.m.

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature                    ID#

---

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report          Print offender's name          ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness          Witness badge or ID#          Assigned Cell (if applicable)          Title (if applicable)

Witness can testify to: _____

Print Name of witness          Witness badge or ID#          Assigned Cell (if applicable)          Title (if applicable)

Witness can testify to: _____

Distribution:   Master File
                Offender
                Facility (2)

Page _1_ of _1_
Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

Exhibit No:
CLIC No:

Date: 2-14-03   Time: 10:03   ☑ a.m.  ☐ p.m.   Bldg. Area: _____

Living Area: _____   Occupied: ☐ Yes  ☑ No

Violator: Levy   No. A97724

Violator: _____   No. _____

Was any contraband found?  ☑ Yes  ☐ No

Item(s) (Description and circumstances of discovery): _____

Witness: _____

Disciplinary Report written: ☑ Yes  ☐ No   Incident Report written: ☐ Yes  ☑ No

Badge No. _____   Employee Signature _____   Date _____   Time _____  ☐ a.m.  ☐ p.m.

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report, Violator

Shift Supervisor:   Date Received: _____   Time: _____  ☐ a.m.  ☐ p.m.
☐ Major Contraband  ☐ Minor Contraband: _____   Signature _____

Disposition:
Date: _____   Time: _____   Initials: _____  ☐ a.m.  ☐ p.m.

Receiving Custodian:  Date Received: _____   Time: _____  ☐ a.m.  ☐ p.m.
☐ Major Contraband  ☐ Minor Contraband: _____   Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From: _____
Date Received: _____   To: _____   Time: _____  ☐ a.m.  ☐ p.m.

From: _____
Date Received: _____   To: _____   Time: _____  ☐ a.m.  ☐ p.m.

From: _____
Date Received: _____   To: _____   Time: _____  ☐ a.m.  ☐ p.m.

From: _____
Date Received: _____   To: _____   Time: _____  ☐ a.m.  ☐ p.m.

Final Disposition:
Date: _____   Custodian's Initials: _____

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

7

Amend supplemental
No. ②

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

ON 2-14-2008, IN THE CHOW HALL, I WAS HANDCUFF AND ESCERTED TO MENTAL social WORKER, INTERVIEWED, AND TAKEN TO SEGREGATION. THERE, I WAS STRIPPED BARE NUDE, AND PLACED IN A CONCRETE FLOOR BED CELL FOR (6) dAys. THEN TO A SINGLE MAN CELL FOR (7) DAYS, THEN REMOVED TO THE HIGH BED BUNK, TWO MEN CELL, HERE IN SEGREGATION.

ON 2-14-2008, OVER AND OVER, AFTER REPEATELY REQUESTS, THERE, I WAS dEPRIVED AND dENIED TOLIET PAPER, SOAP, TOOTHBRUSH, TOOTHPASTE TOWEL, INKPEN, PAPER, GRIEVANCE, DENTIST, DOCTOR OR ANYTHING ELSE, CONTINUELY TOTALLY IGNORED. Feed only, FOR (6) DAYS.

DURING THIS DURATION, I SUBSTAINED SEVERE INJURY TO bACK AND NECK ON THIS (6) IN. RAZE CONCRETE block FLOOR bED.

4

8

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SE9 (A) #L9

| Date: 2-27-2008 | Offender: (Please Print) ENRICO LEVY | ID#: A93734 |
|---|---|---|

| Present Facility: LAWRENCE | Facility where grievance issue occurred: LAWRENCE |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 2-14-2008, IN THE CHOW HALL, I WAS HANDCUFF AND ESCORTED TO MENTAL SOCIAL WORKER AND THEN TAKEN TO SEGREGATION. THERE, I WAS STRIPPED BARE NUDE, AND PLACED IN A CONCRETE FLOOR BED CELL FOR (6) DAYS. THEN TO A SINGLE MAN CELL FOR (7) DAYS, THEN REMOVED TO THE HIGH BED BUNK, IN A WO MEN CELL. ON 2-14-2008 AFTER REPEATELY REQUESTS, THERE, I WAS DEPRIVED AND DENIED TOILET PAPER, SOAP, TOOTHBRUSH, TOOTHPASTE, TOWEL, INK PEN, PAPER, GRIEVANCE, DENTIST, DOCTOR OR ANYTHING ELSE, TOTALLY IGNORED. ONLY FOOD. FOR (6) DAYS.

DURING THIS DURATION, I SUSTAINED SEVERE INJURY TO BACK AND NECK ON THIS (6)IN. RAZE CONCRETE BLOCK FLOOR BED.

Relief Requested: THAT I BE MOVED IMMEDIATELY TO A CELL ALONE, AND ALSO THAT I SEE A DENTIST AND DOCTOR FOR SEVERE BODY PAIN AND TEETH PAIN

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Enrico Levy | A93734 | 2 / 27 / 2008 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | ___/___/___ Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ___/___/___     Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ___/___/___ Date |
|---|---|

# MEMORANDUM

**DATE**        3/3/08

**TO:**        *Levy  A 93734*                    *Seg AL 9*

**FROM:**        Pamela Moran, CCII
              Grievance Officer
              Lawrence Correctional Center

**SUBJECT:**    Grievance(s) / Inmate Correspondence

### The attached is being returned for the reason(s) listed below:

☐  Contact your Correctional Counselor. Per D.R 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor."

☐  Use proper Committed Person's Grievance Report Form (DOC 0046).

☐  Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐  **Forward grievance directly to the Administrative Review Board.** (protective custody, enforced medication, disciplinary reports from other facilities, issues arising at another facility except personal property, decisions rendered by the Director, etc...).

☐  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

☐  Unable to determine nature of grievance/correspondence. Submit additional specific information .

☐  Illegible copy submitted. Submit legible copy for consideration.

☐  Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

☐  Issue has been previously addressed on a grievance. No justification for further consideration. Grievance Response was provided.

☐  Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

☐  Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.). This issue is not within the jurisdiction of the facility or the ARB.

☒  Other:  The Warden has determined the issue is not an emergency. Please follow the grievance process by submitting the grievance to your counselor, if it is still an issue.

Form # applied for.

9B



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 13, 2006

Enrico Levy
Register No. A93734
Pinckneyville Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on June 8, 2006, regarding conditions (requets soap and body wash in seg), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (4-56) and subsequent recommendation dated April 28, 2006 and approval by the Chief Administrative Officer on May 2, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Ken Bartley, Pinckneyville Correctional Center
       Enrico Levy, Register No. A93734
       Chron. File

PLAINTIFF's complaint

ON FEB-22-2006, FOR SAFETY CONCERN, I REQUESTED TO BE SHIPPED, UNFORTUNATELY DENIED. UPON MY PERSONAL REQUEST, I REFUSE GENERAL POPULATION HOUSING FOR REASON OF SAFETY CONCERN WHICH RELATES-TO A PREVIOUS INCIDENT THAT INVOLVED THREE OTHER INMATES AND, MYSELF BEING SHOT AND SERIOUS WOUNDED BY A CORRECTIONAL OFFICER AT PONITAC PRISON.

I WAS ESCORTED TO PRISON SEGREGATION. THE VERY NEXT DAY I'D RECEIVE A DISCIPLINARY TICKET FOR REFUSING HOUSING ASSINGMENT. HOWEVER, I EXPLAIN THAT I HAVE BEEN APPROACH BY AT LEAST FIFTHTEEN INMATES WHOM THREATEN TO DO HARM TO ME FOR TESTIFYING IN PONTIAC COURT AGAINST ANOTHER INMATE.

I ALSO INFORMED THE WARDEN, THE PRISONS DIRECTOR, AND OFFICE OF INMATE ISSUES IN SPRINGFIELD, ILLINOIS. IRONICALLY, I HAVE EXACT COPIES OF MY LETTERS AND ALSO COPIES OF, PROOF OF MAILINGS. MANY TIMES I PLEAD TO BE SHIPPED OUT OF THE FACILITY, UNFORTUNATELY ALL MY REQUESTS WAS IGNORED OVER AND OVER.

HOWEVER, CONFINED TO SEGREGATION FOR (18) MONTHS, SUBJECTED TO INHUMANE CONDITION AND TREATMENT, DEPRIVED OF BASIC HYGIENE ITEMS SUCH AS SOAP, TOOTHPASTE, TOOTHBRUSH, ETC. DEPRIVED FOR (18) MONTHS OF OUT OF CELL EXERCISE AND SEVERELY SUFFERED FEET AND BODY RASHS, EAR INFECTION, TEETH PAINS AND NEGLECT. SUFFERED ALSO FROM SEVERE DEPRESSION, ALTHOUGH PSYCHIATRIC WAS SOUGHT AND VISTED TO NO AVAIL. MEDICATION REQUEST WAS DENIED.      FURTHERMORE, SADLY (6) MONTHS WAS REVOLT FROM MY APPROACHING RELEASE, THEREBY SETTING BACK MY DISCHARGE RELEASE DATE.
PARALYSICS ALSO CONTINUES.

Enrico Lerry # A93734    11

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

To Allow Petitioner To Proceed And Present Evidence, Also Appoint counsel, And Also Precure Unidentified witnesses

THAT I bE Moved Immediately To A cell Alone, And Also THAT I SEE A bentist And boctor For sEVErE body And TEETH PAins Also Appointment oF AttoRNEY

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   29   day of   FEb  , 20 08

_Enrico Levy_
(Signature of plaintiff or plaintiffs)

EnRico LEvY
(Print name)

A93734
(I.D. Number)

RT. R. 2  Box 31

SumNER, Illinois, 62466
(Address)

Revised 9/2007

12

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF LAWRENCE   )

## AFFIDAVIT

I, Enrico Levy #A93734 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

FEDERAL AND STATE LAW IN THE PAST HAS RECOGNIZE INCONSISTENCY WITH PRISON LAW AND MAIL SERVICE ALONE WITH CONDITIONS TO INMATES. SUCH AS DELAY, COPY MACHINE BREAKDOWN, AND PRISON LOCKDOWN, TO MORE EXTEND OR DEGREE OF HAND TO HAND EXCHANGE HANDLING. MISPLACE AND MANYTIMES OVER AND OVER, LOSS OF INMATES LEGAL DOCUMENTS, HOWEVER, THIS WHICH IS MY CASE IN POINT, WHEREFORE COURTS RELUCTANTLY HAVE GRANTED INMATES WIDE LATITUDE IN (TIMELY) CORRESPONDING, FILING DOCUMENTS AND LITIGATING.

MANY TIMES OVER I HAVE EXPERIENCE THESE ABOVE MENTION PROBLEMS SUCH AS PERTAINING TO THIS CASE, WHEN SUCH DOES OCCUR, I IMMEDIATELY FILE AN EMERGENCY-GRIEVANCE C/O WARDEN, TO NO AVAIL.

WHEREBY, I REQUEST WITH PRAYER THIS COURT GRANT REPRIEVE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC