# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**
MAR 24 2008

08C573

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENRICO LEVY #A93734
    PETITIONER
    v.
STATE OF ILL, DEPT. OF
CORRECTION LAWRENCE
WARDEN LEE RYKER
    RESPONDENT'S

United States Court
of Appeals for the
Seventh Circuit
APPEAL NO. _____

## PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL IN FORMA PAUPERIS

I, ENRICO LEVY #A93734 , plaintiff/petitioner do hereby move this Court for leave to file the above entitled cause in forma pauperis; said motion is supported by the attached affidavit of financial status.

                                                    _Enrico Levy_
                                                   Plaintiff/Petitioner

File this completed form with the:

United States Court of Appeals
219 S. Dearborn Street, Suite 2722
Chicago, IL  60604
ATTN:  PRISONER/PRO SE CLERK

Revised 5/20/99

1

3-17-2008

DEAR COURT CLERK

HERE (5) PAGES SHORT / (1) SET

TITLED

AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

U.S. COURT OF APPEALS
7TH CIRCUIT

Date: 3/11/2008  
Time: 11:16:20  
CHAMP

**Lawrence Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  
7/5/2007 to 3/11/2008

Page 2 of 4

**Inmate:** A93734 Levy, Enrico        **Housing Unit:** LAW-S -AL-09

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/14/07 | Disbursements | 81 Legal Postage | 348334 | Chk #20052 | 057529, DOC: 523 Fund Inmate R, Inv. Date: 10/12/2007 | -4.60 | .13 |
| 12/14/07 | AP Correction | 81 Legal Postage | 348534 | Chk #20052 Voided | 057480 - DOC: 523 Fund Inmate | 4.49 | 4.62 |
| 12/14/07 | AP Correction | 81 Legal Postage | 348534 | Chk #20052 Voided | 057529 - DOC: 523 Fund Inmate | 4.60 | 9.22 |
| 12/14/07 | AP Correction | 81 Legal Postage | 348534 | Chk #20052 Voided | 057830 - DOC: 523 Fund Inmate | .41 | 9.63 |
| 12/14/07 | AP Correction | 81 Legal Postage | 348534 | Chk #20052 Voided | 057872 - DOC: 523 Fund Inmate | .58 | 10.21 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348334 | Chk #20053 | 057873, DOC: 523 Fund Inmate R, Inv. Date: 11/20/2007 | -.41 | 9.80 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348334 | Chk #20053 | 057538, DOC: 523 Fund Inmate R, Inv. Date: 10/12/2007 | -2.50 | 7.30 |
| 12/14/07 | Disbursements | 84 Library | 348334 | Chk #20054 | 057483, DOC: 523 Fund Library, Inv. Date: 10/09/2007 | -7.00 | .30 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011134 | | P/R month of 12/2007 | 3.68 | 3.98 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016334 | Chk #20272 | 057674, DOC: 523 Fund Inmate R, Inv. Date: 10/24/2007 | -2.67 | 1.31 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016334 | Chk #20272 | 057830, DOC: 523 Fund Inmate R, Inv. Date: 11/16/2007 | -1.31 | .00 |

|  |  |
|---:|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 969.40 |
| Funds Available: | -969.40 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/06/2007 | | Disb | Debts due to State (non-postage) | 56 Pinckneyville CC | $566.28 |
| 10/05/2007 | 057466 | Disb | Library | 2 DOC: 523 Fund Library | $12.00 |
| 10/09/2007 | 057480 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.49 |
| 10/12/2007 | 057529 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 10/12/2007 | 057531 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $15.25 |
| 10/16/2007 | 057566 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $5.65 |
| 10/23/2007 | 057666 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $10.45 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.67 |
| 11/06/2007 | 057774 | Disb | Library | 2 DOC: 523 Fund Library | $13.30 |
| 11/06/2007 | 057793 | Disb | Library | 2 DOC: 523 Fund Library | $17.25 |
| 11/16/2007 | 057830 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/16/2007 | 057832 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.50 |
| 11/16/2007 | 057832 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/16/2007 | 057832 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 11/20/2007 | 057872 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 11/20/2007 | 057872 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.05 |
| 11/20/2007 | 057873 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/20/2007 | 057873 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.67 |

| | | | | | |
|---|---|---|---|---|---|
| Date : 3/11/2008 | | | Lawrence Correctional Center | | Page 3 of 4 |
| Time : 11:16:20 | | | Trust Fund | | |
| CHAMP | | | Inmate Transaction Statement | | |
| | | | 7/5/2007 to 3/11/2008 | | |

**Inmate:** A93734 Levy, Enrico  
**Housing Unit:** LAW-S -AL-09  
**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/20/2007 | 057873 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 11/21/2007 | 504663 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $9.85 |
| 11/26/2007 | 057918 | Disb | Library | 2 DOC: 523 Fund Library | $15.75 |
| 11/26/2007 | 057921 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 11/26/2007 | 057921 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 11/26/2007 | 057922 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.82 |
| 12/03/2007 | 058014 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 12/03/2007 | 058023 | Disb | Library | 2 DOC: 523 Fund Library | $16.00 |
| 12/04/2007 | 058026 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/12/2007 | 058138 | Disb | Library | 2 DOC: 523 Fund Library | $21.95 |
| 12/12/2007 | 058146 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 12/12/2007 | 058146 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.16 |
| 12/18/2007 | 058213 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 12/18/2007 | 058214 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.82 |
| 12/19/2007 | 058219 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/20/2007 | 058269 | Disb | Library | 2 DOC: 523 Fund Library | $12.00 |
| 12/28/2007 | 058350 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 12/28/2007 | 058350 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.65 |
| 12/28/2007 | 058350 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.05 |
| 01/07/2008 | 058418 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 01/07/2008 | 058418 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.05 |
| 01/14/2008 | 058508 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.16 |
| 01/14/2008 | 058508 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.70 |
| 01/14/2008 | 058508 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/14/2008 | 058514 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/14/2008 | 058514 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/14/2008 | 058514 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/14/2008 | 058514 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/14/2008 | 058517 | Disb | Library | 2 DOC: 523 Fund Library | $30.95 |
| 01/16/2008 | 058546 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/16/2008 | 504687 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/18/2008 | 058563 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.82 |
| 01/18/2008 | 058563 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/22/2008 | 058590 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.65 |
| 01/23/2008 | 058625 | Disb | Library | 2 DOC: 523 Fund Library | $7.70 |
| 01/25/2008 | 504702 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.70 |
| 01/25/2008 | 504702 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/25/2008 | 504704 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $16.55 |
| 01/25/2008 | 504705 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $10.85 |
| 01/25/2008 | 504709 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $15.90 |
| 01/29/2008 | 504724 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $16.10 |
| 02/01/2008 | 058721 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/01/2008 | 504763 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $23.35 |
| 02/01/2008 | 504765 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.70 |
| 02/13/2008 | 504790 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/14/2008 | 504798 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |