

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
MAR 2 4 2008 aaw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

ENRICO LEVY #A93734  )
       Plaintiff/Petitioner,  )
       vs.  )
STATE OF ILLINOIS, Dept. OF  )
CORRECTION, LAWRENCE- WARDEN LEE RYKER  )
       Defendant(s)/Respondent.  )

CASE NO. 08-c-573

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **ENRICO LEVY**, am (check one) the ☐ plaintiff ☒ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:
    LAW office of
      Holland & Knight
      Jenner & Block
      ETC, ETC.

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☒ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

2-29-2008                     Enrico Levy
Date                                  Movant's Signature