U.S. FEDERAL COURT
STATE OF ILLINOIS
NORTHERN DIST.

**FILED**
APR 21 2008 APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv573

ENRICO LEVY #A93734
   Plaintiff-Petitioner

CASE No. 08-c-573

V

STATE OF ILLINOIS, Dept. of
CORRECTION, LAWRENCE
WARDEN LEE RYKER, AND
PINCKNEYVILLE WARDEN EVANS.

   Respondents

NOTICE OF FILING

TO: LISA MADIGAN, LAW SECT.
ILLINOIS ATTORNEY GENERAL
100 W. RANDOLPH
CHICAGO, ILL. 60601

YOU ARE HEREBY NOTIFIED THAT ON 3-30-2008, I HAVE CAUSED THE ATTACHED documents TO BE SENT TO THE ABOVE-NAMED PARTY(IES).

        BY: U.S. MAIL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ATTACHED documents HAVE BEEN SERVED ON THE ABOVE-NAMED PARTY(IES), THE SAME BEING SENT VIA THE U.S. MAIL, WITH PROPER POSTAGE HAVING BEEN PAID AT THE LAWRENCE CORRECTIONAL CENTER ON 3-30-2008.

        Enrico Levy #A93734

FILED
NORTHERN DIST
STATE OF ILLINOIS

APR 2 1 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENRICO LEVY # A93734

PETITIONER

V

STATE OF ILL, DEPT. OF
CORRECTION, PINCKNEYVILLE
WARDEN, EVANS AND
LAWRENCE PRISON, WARDEN
LEE RYKER    RESPONDENTS

CASE NO. 08-C-0573    APR 21 2008

Judge SUZANNE B. CONLON

PLAINTIFF'S PRO SE.
AMEND

MOTION INTENT: AMEND, LEAVE TO APPEAL
AND ALLOW ORIGINAL PETITION WITH
AMENDS TO STAND AS BRIEF

I, ENRICO LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE WITH MOTION AND PRAYER TO THIS HONORABLE COURT, AND IN SUPPORT STATES:

I AM NOT RESPRESENTED BY AN ATTORNEY IN THIS CASE, HOWEVER THIS MOTION AND PETITION IS SUPPORTED WITH AFFIDAVIT AND MATERIAL DOCUMENTS.

I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE.

3. I AM A PRISONER INCARCERATED (23) YEARS IN THE ILLINOIS DEPT. OF CORRECTION, AT THE PRESENT, RESIDENT HERE AT LAWRENCE PRISON, ILLINOIS.

4. COURT'S AMENDED DOCKET ENTRY ORDER, HERE ATTACH, ENTER 3-17-2008

5. PETITIONER PRAY THIS HONORABLE COURT GRANT MOTION REQUEST,