STATE OF ILLINOIS  )
                   ) SS : 08cv573
COUNTY OF LAWRENCE )

APR 2 1 2008
FILED
APR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SWORN AFFIDAVIT

I, ENRICO LEVY #A93734, After Being Duly Sworn Upon My Oath Depose And States That the Following Matters Are Both true And Correct In Substance And In Facts :

FEDERAL AND STATE LAW IN THE PAST HAS RECOGNIZE INCONSISTENCY WITH PRISON LAW AND MAIL SERVICE, ALONG WITH CONDITIONS TO INMATES.

SUCH AS DELAY, COPY MACHINE BREAKDOWN, AND PRISON LOCKDOWN, TO MORE EXTEND OR DEGREE OF HAND TO HAND EXCHANGE HANDLING.

SEGREGATION DURATION, MISPLACE AND MANYTIMES OVER AND OVER, LOSS OF INMATES LEGAL DOCUMENTS, HOWEVER, THIS IS MY CASE IN POINT. WHEREFORE, COURTS RELUCTANTLY HAS GRANTED INMATES WIDE LATITUDE IN (TIMELY) CORRESPONDING, FILING DOCUMENTS AND LITIGATING.

MANYTIMES OVER, I HAVE EXPERIENCE THESE ABOVE MENTION PROBLEMS SUCH AS PERTAINING TO THIS CASE, AND POINT. WHEN SUCH DOES OCCUR, I IMMEDIATELY FILE AN EMERGENCY-GRIEVANCE % WARDEN, TO NO AVAIL.

WHEREBY, I REQUEST WITH PRAYER THAT YOU GRANT REPRIEVE

So Stated : *Enrico Levy*

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 11th DAY OF April 20 08
Notary : *Sharon L. McCorkle*

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public State of Illinois
My Commission Exp. 07/14/2009