U.S. Federal Court of Appeal
Northern
State of Illinois
7th. Circuit

**FILED**
APR 2 8 2008
Apr. 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enrice Levy #A93734

    Petitioner

V

State of Illinois, Dept. of Correction, Pinckneyville Warden Evans, Lawrence Warden Lee Ryker

    Respondent

Case No. 08 C - 573

Notice of Filing

To: Lisa Madigan, Gen Law Sect. 12 Fl.
Illinois Attorney General
100 W. Randolph
Chicago, Ill. 60601

You are hereby notified that on _____ 2008, I have cause the attached documents to be sent to the above-name party(ies).

    By: U.S. Mail

Certificate of Service

I hereby certify that a true and correct copy of the attached documents have been served on the above-named party(ies), the same being sent via the U.S. Mail, with proper postage having been paid at the Lawrence Correctional Center on _____ 2008.

    Enrice Levy #A93734

PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLRA

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

IN COMPLY, HERE I, PETITIONER, CONTEND THE DISTRICT COURT DENIED MY PETITION FOR LEAVE TO PROCEED ON APPEAL BASED ON THE FOLLOWING REASONS.

THE DISTRICT COURT MEMORANDUM AND ORDER OF 2008, MOTIONS DENIED. WHEREBY, THE COURT STATES, NOTHING IN THE COMPLAINT SUPPORTS AN ALLEGATION OF IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.

FILED
APR 28 2008
Apr 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE DISTRICT COURT DENIAL FOR LEAVE TO APPEAL IS ERRONEOUS BECAUSE THIS PETITION DOES NOT FALL TO A FRIVOLOUS STANDARD, THEREBY, IT DOES HAVE MERIT AND COGNIZABLE TO THE CONTRARY. PETITIONER HAS ESTABLISHED ALL THE PRELIMINARY ELEMENTS FOR PURPOSE OF PROPER AVENUE OF RELIEF, THAT THIS COGNIZABLE CLAIM IS BASED ON PHYSICAL INJURIES, PAIN AND SUFFERING. DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, WHEREBY, DILIGENT RESEARCH AND LAW IN SUPPORT ATTACHED TO REQUEST, CLEARLY INDICATE THE RESULTS OF VIOLATION OF PRISONER CONSTITUTIONAL STATE AND FEDERAL RIGHTS.

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 573 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Enrico Levy # A 93734 v. State of Illinois Dept. of Corrections | | |

**DOCKET ENTRY TEXT:**

The Plaintiff's motion for leave to file in forma pauperis is denied [3] pursuant to 28 U.S.C. § 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center.

■ [ For further details see text below.]

*Suzanne B. Conlon*
Docketing to mail notices.

### STATEMENT

The Plaintiff, Enrico Levy, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis*. The motion must be denied because the plaintiff has accumulated at least three "strikes."

The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). At least three of the plaintiff's previous actions have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Levy v. State of Illinois*, 96 C 4939, dismissed 1/21/97; *Levy v. State of Il.*, 96 C 4705, dismissed 3/10/97, and *Levy v. State of Il.*, 96 C 7799, dismissed on 4/22/97. In fact, the court previously advised the plaintiff that he had "struck out." See Order in 06 C 4449, on 8/28/06. Notwithstanding his knowledge that he is barred from doing so, the plaintiff has nevertheless sought leave to proceed *in forma pauperis*, and without disclosing his 1915(g) status to the court. Consequently, the plaintiff's effective "fraud" on the court must "lead to immediate termination of the suit." *Sloan v. Lesza*, 181 F.3d 857 (7th Cir. 1999). The complaint is accordingly dismissed with prejudice, as nothing in the complaint supports an allegation of imminent danger of serious physical injury.

However, having brought this action, the plaintiff remains obligated to pay the full $350 filing fee. *See* 28 U.S.C. §1915(b)(1). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

*Suzanne B. Conlon*

| | ste |
|---|---|

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 573 | DATE | 4/7/08 |
| CASE TITLE | Enrico Levy # A93734 v. State of Illinois Dept. Of Corrections | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to appeal *in forma pauperis* is denied pursuant to 28 U.S.C. § 1915(g). The court directs the clerk to send a copy of this order to the PLRA staff attorney. Having filed this notice of appeal, the Plaintiff nevertheless remains obligated to pay the full appellate and docketing fees. Before pursuing any future litigation, the Plaintiff must pay any outstanding fees. Any other pending motions are denied as moot. The court construes plaintiff's motion also as his notice of appeal of this court's February 15, 2008 order terminating this case.

■[ For further details see text below.]
Docketing to mail notices.

## STATEMENT

The Plaintiff, Enrico Levy, a state prisoner, has filed a notice of appeal from the court's order of February 15, 2008, entering final judgment in this action. Plaintiff seeks to appeal *in forma pauperis*. The motion must be denied because the Plaintiff has accumulated at least three "strikes." Further, Plaintiff was told by this court that he failed to inform the court that he had struck out. Yet now again, he attempts to submit a motion to proceed in forma pauperis on appeal without informing the court that he has struck out.

The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

At least three of the plaintiff's previous actions have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Levy v. State of Illinois*, 96 C 4939, dismissed 1/21/97; *Levy v. State of Il.*, 96 C 4705, dismissed 3/10/97; and *Levy v. State of Il.*, 96 C 7799, dismissed 4/22/97. In fact, the court previously advised the Plaintiff that he had "struck out." *See* prior Order in this case. Notwithstanding his knowledge that he is barred from doing so, the Plaintiff has nevertheless sought leave to appeal *in forma pauperis*, and without disclosing his 1915(g) status to the court. Consequently, the plaintiff's effective "fraud" on the court must "lead to immediate termination of the suit." *Sloan v. Lesza*, 181 F. 3d 857 (7th Cir. 1999). However, having brought this action, the Plaintiff remains obligated to pay the full appellate and docketing fees. *See* 28 U.S.C. §1915(b)(1). Before pursuing any future litigation, the Plaintiff must pay any outstanding fees. *Id.* Finally, the court notes that Plaintiff's claims involve conditions at two prisons not located in this court's jurisdiction.

| | Courtroom Deputy Initials: | ste |
|---|---|---|

Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0573 | DATE | 3/17/2008 |
| CASE TITLE | ENRICO LEVY vs. STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, ET AL | | |

**DOCKET ENTRY TEXT**

Petitioner's motion [4] for appointment of counsel, motion to reconsider and amend and motion for extension of time with affidavit are denied.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|