# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0573 | **DATE** | 5/1/08 |
| **CASE TITLE** | Enrico Levy v. State of Illinois Dep't. of Corrections | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to appeal [9] is construed as a notice of appeal. The clerk shall docket the motion as a notice of appeal filed on March 24, 2008.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | isk |
|---|---|---|