U.S. FEDERAL DIST. COURT OF
STATE OF ILLINOIS
NORTHERN  7TH. CIRCUIT



ENRICO LEVY # A93734

PETITIONER

V.

STATE OF ILLINOIS, DEPT. OF
CORRECTION, LAWRENCE
WARDEN LEE RYKER AND PINCKNEYVILLE WARDEN EVANS
RESPONDENTS

)
)
)
)
)
)
)
)
)
)
)
)
)
)

# FILED

MAR 2 4 2008 aw

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## MAR 2 4 2008

CASE NUMBER: 08-C-573
08cv573

## NOTICE OF FILING

To: LISA MADIGAN
ILLINOIS ATTORNEY GENERAL
500 S. 2nd. St.
SPRINGFIELD, ILL, 62706

You are hereby notified that on     3-08     200     , I have caused
the attached documents to be sent to the above-named party(ies).

By:     U.S. MAIL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached documents
have been served on the above-named party(ies). The same being sent via the
United States Mail, with proper postage having been paid at the Pinckneyville
Correctional Center on     3-08-     208     .
LAWRENCE

*Enrico Levy*

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 26TH DAY OF January 2007

*Sharon Kay Ragland*
NOTARY PUBLIC

OFFICIAL SEAL
SHARON KAY RAGLAND
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03-10-07

Case 1:08-cv-00573   Document 20   Filed 05/13/2008   Page 2 of 26
Case 1:08-cv-00573   Document 9   Filed 03/24/2008   Page 2 of 26
MAR 2 4 2008

U.S. FEDERAL COURT OF APPEAL
NORTHERN, STATE OF ILLINOIS
7TH. CIRCUIT

# FILED

MAR 2 4 2008  *aew*

Enrico LEVY #A93734

PETITIONER

V

STATE OF ILLINOIS, DEPT. OF
CORRECTION, PINCKNEYVILLE
WARDEN, EVAN AND LAWRENCE
WARDEN. LEE RYKER

RESPONDENTS

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

CASE NO.  08-C-573

08 CV 573

PLAINTIFF'S PRO SE.
LATE
MOTION FOR LEAVE TO APPEAL
AND ALLOW ORIGINAL PETITION
TO STAND AS BRIEF,

I, ENRICO LEVY, PETITIONER PRO SE, RESPECTFULLY HEREBY MOVE WITH MOTION
AND PRAYER TO THIS HONORABLE COURT, AND IN SUPPORT STATES:

1) I AM NOT REPRESENTED BY AN ATTORNEY IN THIS CASE, HOWEVER THIS
MOTION AND PETITION IS SUPPORTED WITH AFFIDAVIT AND DOCUMENTS.

2) I AM THE PETITIONER IN THE ABOVE CAPTIONED CASE.

3) I AM A PRISONER INCARCERATED (23) YEARS IN THE ILLINOIS DEPT. OF
CORRECTION, AT THE PRESENT HERE AT LAWRENCE PRISON, SUMNER ILLINOIS.

4) PETITIONER PRAY THIS HONORABLE COURT GRANT MOTION REQUEST.

STATE OF ILLINOIS     )
                     ) SS

COUNTY OF __LAWRENCE__  )

## AFFIDAVIT

I, __ENRICO LEVY #A93734__ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

FEDERAL AND STATE LAW IN THE PAST HAS RECOGNIZE INCONSISTENCY WITH PRISON LAW AND MAIL SERVICE ALONE WITH CONDITIONS TO INMATES. SUCH AS DELAY, COPY MACHINE BREAKDOWN, AND PRISON LOCKDOWN, TO MORE EXTEND OR DEGREE OF HAND TO HAND EXCHANGE HANDLING. MISPLACE AND MANYTIMES OVER AND OVER LOSS OF INMATES LEGAL DOCUMENTS, HOWEVER, THIS WHICH IS MY CASE IN POINT, WHEREFORE COURTS RELUCTANLY HAVE GRANTED INMATES WIDE LATITUDE IN (TIMELY) CORRESPONDING, FILING DOCUMENTS AND LITIGATING.

MANY TIMES OVER I HAVE EXPERIENCE THESE ABOVE MENTION PROBLEMS SUCH AS PERTAINING TO THIS CASE. WHEN SUCH DOES OCCUR, I IMMEDIATELY FILE AN EMERGENCY-GRIEVANCE ℅ WARDEN, TO NO AVAIL.

WHEREBY, I REQUEST WITH PRAYER THIS COURT GRANT REPRIEVE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

ENRICO LEVY # A93734                     **JUDGMENT IN A CIVIL CASE**

           v.                            Case Number: 08 C 573

STATE OF ILLINOIS DEPT. OF
CORRECTIONS

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been
     tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have
     been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.


                              Michael W. Dobbins, Clerk of Court


Date: 2/15/2008            _____
                           /s/ Willia Harmon, Deputy Clerk

Case 1:08-cv-00573   Document 20   Filed 05/13/2008   Page 5 of 26
Case 1:08-cv-00573   Document 9   Filed 03/24/2008   Page 5 of 20

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 573 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Enrico Levy # A 93734 v. State of Illinois Dept. of Corrections | | |

**DOCKET ENTRY TEXT:**

The Plaintiff's motion for leave to file in forma pauperis is denied [3] pursuant to 28 U.S.C. § 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center.

*Suzanne B. Conlon*

Docketing to mail notices.

■ [ For further details see text below.]

---

## STATEMENT

The Plaintiff, Enrico Levy , has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis*. The motion must be denied because the plaintiff has accumulated at least three "strikes."

The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).   At least three of the plaintiff's previous actions have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Levy v. State of Illinois*, 96 C 4939, dismissed 1/21/97 ; *Levy v. State of Il.,* 96 C 4705, dismissed 3/10/97 , and *Levy v. State of Il.,* 96 C 7799, dismissed on 4/22/97. In fact, the court previously advised the plaintiff that he had "struck out." *See Order in 06 C 4449, on 8/28/06.* Notwithstanding his knowledge that he is barred from doing so, the plaintiff has nevertheless sought leave to proceed *in forma pauperis*, and without disclosing his 1915(g) status to the court. Consequently, the plaintiff's effective "fraud" on the court must "lead to immediate termination of the suit." *Sloan v. Lesza,* 181 F.3d 857 (7th Cir. 1999). The complaint is accordingly dismissed with prejudice, as nothing in the complaint supports an allegation of imminent danger of serious physical injury.

However, having brought this action, the plaintiff remains obligated to pay the full $350 filing fee. *See* 28 U.S.C. §1915(b)(1).  Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

*Suzanne B. Conlon*

| | ste |
|---|---|

U.S. FEDERAL COURT OF APPEAL
NORTHERN, STATE OF ILLINOIS
7TH. CIRCUIT

ENRICO LEVY #A9373Y                    DOCKET NUMBER _____
          PETITIONER

        - VS -

STATE OF ILL, DEPT. OF                        APPEAL FROM
CORRECTION PINCKNEYVILLE                       CIRCUIT NO. 7TH
WARDEN EVANS, AND                         TRIAL JUDGE SUZANNE B. CONLON
LAWRENCE WARDEN LEE RYKER                 DATE OF NOTICE OF APPEAL
                                          DATE OF JUDGMENT 2-15-2008
          RESPONDENT'S                    DATE OF POST JUDGMENT
                                          ORDER OF DISMISSING 42 §1983 CIVIL
                                          NATURE: PERSONAL INJURY


                    DOCKET STATEMENT
                         CIVIL


1.  NOTICE FOR LEAVE TO FILE APPEAL HAS BEEN SERVED


2.  NO COUNSEL HAS BEEN APPOINTED


3.  THIS APPEAL CAN BE ACCELERATED

U.S. FEDERAL COURT OF APPEAL
NORTHERN, STATE OF ILLINOIS
7TH. CIRCUIT

ENRICO LEVY #A93734
        PETITIONER

    - VS -

STATE OF ILL, DEPT. OF
CORRECTION, PINCKNEYVILLE
WARDEN EVANS, AND LAWRENCE
WARDEN LEE RYKER

        RESPONDENT's

APPEAL OF INTENT

FROM THE
U.S. FEDERAL DIST. COURT OF ILL.
CASE No. 08-C-573
JUDGE SUZANNE B. CONLON

PETITION FOR LEAVE TO APPEAL

FEDERAL RULE

ENRICO LEVY #A93734
FROM PINCKNEYVILLE PRISON
FACILITY TO LAWRENCE
RT. 2 BOX 31
SUMNER, ILL, 62466

ORAL ARGUMENT

BRIEF

# APPENDIX (A)

## ORIGINAL AND AMEND COMPLAINT

Case 1:08-cv-00573   Document 20   Filed 05/13/2008   Page 9 of 26
Case 1:08-cv-00573   Document 9   Filed 03/24/2008   Page 9 of 9
3-17-2008

Plaintiff's complaint No ③
Supplemental

STATE OF ILLINOIS    )
                     )  SS :
COUNTY OF LAWRENCE   )

S W O R N     A F F I D A V I T

I, ENRICO LEVY #A93734 , After Being Duly Sworn Upon My Oath Depose And
States That the Following Matters Are Both true And Correct In Substance And In
Facts :

HERE AT LAWRENCE PRISON, INMATES, INCLUDING MYSELF ARE TOSS INTO A
TWO MEN CELL, DESPITE AGGRESSION TOWARD EACH OTHER AND COMPLAINTS
TO THE WARDENS AND THEIR SECURITY STAFF TO BE MOVE TO ANOTHER
CELL OF PEACE, IRONICALLY, FAILS ON DEATH EARS. INMATES CAN FIGHT TO
DEATH, HERE IN SEGREGATION.

ON 3-13-2008, OVER AND OVER, I COMPLAINTED TO BE MOVE TO ANOTHER
CELL DUE TO AGGRESSION, SADLY, I WAS TAKEN AND STRIPPED OF LIFE
NECESSITY ITEMS, THEN PLACED INTO A CELL WITH A CONCRETE BLOCK Floorbed.
THERE AND PRESENT, I BEEN DENIED OF ALL FEED DAILY, AND still
CONTINUE AS OF THIS COMPLAINT, HERE IN SEGREGATION.

FURTHERMORE, At THE BEGINNING OF THIS DURATION, APPROXIMATELY
2-14-2008, ON THIS CONCRETE Floor Blockbed, I SEVERELY INJURED
MY BACK AND NECK, WITH PAIN CONTINUELY, I REPEATELY REQUEST TO
SEE THE Doctor, TO NO AVAIL.

54 YEARS AGE, 23 YEARS INCARCERATED

So Stated :   Enrico Levy #A93734

SUBSCRIBED AND SWORN TO BEFORE
ME THIS _____ DAY OF _____ 20 ____        SEGREGATION (C) # L 2
Notary : _____

4

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

*AL9*

| | | |
|---|---|---|
| **Name:** LEVY, ENRICO | **IDOC Number:** A93734 | **Race:** BLK |
| **Hearing Date/Time:** 2/24/2008  10:22 AM | **Living Unit:** LAW-S-BL-15 | **Orientation Status:** N/A |
| **Incident Number:** 200800498/1 - LAW | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/14/2008 | 200800498/1-LAW | HABING, BENJAMIN G | DIETARY | 10:03 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |
| 304 | Insolence | Guilty |
| 307 | Unauthorized Movement | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate refused to appear for his hearing.

## BASIS FOR DECISION
Based on IDR by reporting employee that inmate Levy was observed walking around in dietary during chow lines when he should have been seated at his assigned table. Based on inmate Levy's statement to the officer, "I need to get out of this institution before I get the death penalty." Based on inmate's refusal to appear for his hearing. Based on the incident being witnessed by Lt. Duncan. Inmate identified by state ID. Due to the nature of the offense the adjustment committee recommends the following.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| **Basis for Discipline:** Nature of offense | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| KUNTZ, ROBERT F - Chair Person | *[signature]* | 02/24/08 | WHI |
| COOPER, ELDON L | *[signature]* | 02/24/08 | BLK |

Recommended Action Approved

## Final Comments: N/A

---

| | | |
|---|---|---|
| DERWIN L RYKER / DLR 2/25/2008 | *[signature]* | 02/25/08 |
| **Chief Administrative Officer** | **Signature** | **Date** |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | |
|---|---|
| *[signature]* | 2-27-08  1:15 |
| **Employee Serving Copy to Committed Person** | **When Served -- Date and Time** |

Run Date: 2/25/2008 12:14:31          Page 1 of 1

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

*A L 9*

| | | |
|---|---|---|
| Name: LEVY, ENRICO | IDOC Number: A93734 | Race: BLK |
| Hearing Date/Time: 2/24/2008  10:22 AM | Living Unit: LAW-S-BL-15 | Orientation Status: N/A |
| Incident Number: 200800499/1 - LAW | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/14/2008 | 200800499/1-LAW | FREEMAN J, JAMES E | SEGREGATION | 10:50 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

## RECORD OF PROCEEDINGS
Inmate refused to appear for the hearing.

## BASIS FOR DECISION
Based on IDR by reporting employee that inmate Levy stated to the food sergeant, "You can give C/O Habing a message. He is a dead bitch when I get out of here. You can tell that director C/O Habing is a dead bitch." Based on inmate's refusal to appear for his hearing. Inmate identified by state ID. Due to the nature of the offense the adjustment committee recommends the following.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| **Basis for Discipline:Nature of offense** | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| KUNTZ, ROBERT F  - Chair Person | *[signature]* | 02/24/08 | WHI |
| COOPER, ELDON L | *[signature]* 12973 | 02/24/08 | BLK |

Recommended Action Approved

## Final Comments: N/A

---

DERWIN L RYKER / DLR  2/25/2008          *[signature]*          02/25/08
**Chief Administrative Officer**              **Signature**              **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*[signature]*          2-22-08  12:0L
**Employee Serving Copy to Committed Person**      **When Served - - Date and Time**

5

**Offender Disciplinary Report**

GEORGIA DEPARTMENT OF CORRECTIONS

Date: 2-14-2008

**Type of Report:**
[✗] Disciplinary   [ ] Investigative

Facility: _Lawrence_

Offender Name: _Levy_   ID #: _A93734_

Observation Date: _2-14-2008_   Approximate Time: _10:03_ [✗] a.m. [ ] p.m.   Location: _North Dining Room_

**Offense(s): DR 504:** 306 Intimidation or Threats, 504 Insolence, 302 Unauthorized Movement,

**Observation:** (NOTE: Each offense identified above must be substantiated.) 308 Unauthorized Property, 403 Disobeying a Direct Order.
On the above date and approx. time. This Rg observed Im Levy A93734 walking
around in the dining room, when he should have been sitting at his seat eating
his lunch. This Rg walked over to the Levy's table and observed Im
Levy looking at some papers. This Rg gave Im Levy 3 direct orders
to give the papers to this Rg. Im Levy disobeyed all 3 orders. Im
Levy replied "I need to get out of this institution before I get the
death penalty." Dietary Zone Lt. Duncan notified. Im Levy was walked
to seg. Im Levy IDed by state ID. DOC0300 completed.

Witness(es): _Lt Duncan_

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| S/a B. Habing | 17989 | R. Habing | 2-14-2015 | 11:04 [✗] a.m. [ ] p.m. |

---

**Disciplinary Action:**

**Shift Review:** [✗] Temporary Confinement   [ ] Investigative Status   Reasons: _Nature of offense_

Printed Name and Badge # _[illegible] #57_

Shift Supervisor's Signature _[illegible]_   Date _2-14-8_
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** [ ] Confinement reviewed by Reviewing Officer   Comment: _No comment / Perkins C.D. I_

[✗] Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge # _Mc H_ #57   Reviewing Officer's Signature _[illegible]_   Date _2-14-08_

[ ] Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[✗] Check if offender refused to sign

| Serving Employee (Print Name) | Offender's Signature | ID# |
|---|---|---|
| Kenneth R. Griffin | 5354 | K. G. |

Badge # _9115_   Signature _[illegible]_

Date Served _2-21-08_   Time Served _[blank]_ [ ] a.m. [ ] p.m.

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature _____   ID# _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report _____   Print offender's name _____   ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to: _____

Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to: _____

Distribution: Master File
Offender
Facility (2)

Page _1_ of _1_
Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

Exhibit No. _____
CLIC No. _____

Shift Supervisor: _____   Date Received: _2-14-8_   Time: _____ ☐ a.m. ☐ p.m.
_____ Signature

Date: _2-14-08_   Time: _10:03_   ☐ a.m. ☐ p.m.   Dorm Bldg Area: _____

Living Area: _____   Occupied: ☐ Yes ☐ No   No. _Pietak_

Violator: _Levy_   No. _A97734_

Violator: _A/B_   No. _A/B_

Was any contraband found?   ☐ Yes   ☐ No

Disposition:
☐ Major Contraband   ☐ Minor Contraband
Date: _____   Time: _____   Initials: _____
☐ a.m. ☐ p.m.

Item(s) (Description and circumstances of discovery):

_____ Receiving Custodian: Date Received: _____   Time: _____
☐ Major Contraband   ☐ Minor Contraband
_____ Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From: _____   To: _____
Date Received: _____   Time: _____   ☐ a.m. ☐ p.m.

From: _____   To: _____
Date Received: _____   Time: _____   ☐ a.m. ☐ p.m.

From: _____   To: _____
Date Received: _____   Time: _____   ☐ a.m. ☐ p.m.

From: _____   To: _____
Date Received: _____   Time: _____   ☐ a.m. ☐ p.m.

Witness: _Lt. Pierce_

Disciplinary Report written: ☐ Yes ☐ No   Incident Report written: ☐ Yes ☐ No

Final Disposition:
Date Received: _____   Time: _____   ☐ a.m. ☐ p.m.

Date: _____   Custodian's Initials: _____

_____ Employee Signature   _____ Date

_____ Employee Signature   _____ Date   _____ Time   ☐ a.m. ☐ p.m.

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report, Violator

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

AMEND SUPPLEMENTAL
No ②

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if
necessary.)

ON 2-14-2008, IN THE CHOW HALL, I WAS HANDCUFF AND ESCERTED TO MENTAL

SOCIAL WORKER, INTERVIEWED, AND TAKEN TO SEGREGATION. THERE, I WAS

STRIPPED BARE NUDE, AND PLACED IN A CONCRETE FLOOR bed CELL FOR (6)

DAYS.  THEN TO A SINGLE MAN CELL FOR (7) DAYS, THEN REMOVED TO THE

HIGH bed bunk, TWO MEN CELL, HERE IN SEGREGATION.

ON 2-14-2008, OVER AND ever, AFTER REPEATELY REQUESTS, THERE, I WAS

DEPRIVED AND denied TOILET PAPER, SOAP, TOOTHbRUSH, TOOTHPASTE, TOWEL,

INKPEN, PAPER, GRIEVANCE, DENTIST, DoctoR OR ANYTHING ELSE, CONTINUELY

TOTALLY IGNORED.  FEED ONLY, FOR (6) DAYS.

DURING THIS dURATION, I SUBSTAINED SEVERE INJURY TO bACK AND NECK

ON THIS (6) IN. RAZE CONCRETE black FLOOR bED.

4

Revised 9/2007

8

EMERGENCY

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SE9 (A) #L9

| Date: 2-27-2008 | Offender: (Please Print) ENRICO LRVY | ID#: A93734 |
|---|---|---|

| Present Facility: LAWRENCE | Facility where grievance issue occurred: LAWRENCE |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☒ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
　　　　　　　　　Date of Report　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 2-14-2008, IN THE CHOW HALL, I WAS HANDCUFF AND ESCORTED TO MENTAL SOCIAL WORKER AND THEN TAKEN TO SEGREGATION. THERE, I WAS STRIPPED BARE NUDE. AND PLACED IN A CONCRETE FLOOR BED CELL FOR (6) DAYS. THEN TO A SINGLE MAN CELL FOR (7) DAYS THEN REMOVED TO THE HIGH BED BUNK TWO MEN CELL. ON 2-14-2008 AFTER REPEATEDLY REQUESTS, THERE, I WAS DEPRIVED AND DENIED TOILET PAPER, SOAP, TEETHBRUSH, TEETH PASTE, TOWEL, INK PEN, PAPER, GRIEVANCE, DENTIST, DOCTOR OR ANYTHING ELSE, TOTALLY IGNORED. ONLY FOOD. FOR (6) DAYS.

DURING THIS DURATION, I SUSTAINED SEVERE INJURY TO BACK AND NECK ON THIS (6)IN. RAZE CONCRETE BLOCK FLOOR BED.

Relief Requested: THAT I BE MOVED IMMEDIATELY TO A CELL ALONE. AND ALSO THAT I SEE A DENTIST AND DOCTOR FOR SEVERE BODY PAIN AND TEETH PAIN

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Enrico Levy_ 　　A93734　　2/27/2008
Offender's Signature　　ID#　　Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

___ Print Counselor's Name ___ Counselor's Signature ___ Date of Response ___

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___ Chief Administrative Officer's Signature ___ Date ___

# MEMORANDUM

**DATE**      3/3/08

**TO:**      *Levy A93734*                    *Seg AL 9*

**FROM:**    **Pamela Moran, CCII**
             **Grievance Officer**
             **Lawrence Correctional Center**

**SUBJECT:**    **Grievance(s) / Inmate Correspondence**

**The attached is being returned for the reason(s) listed below:**

☐    Contact your Correctional Counselor. Per D.R 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor."

☐    Use proper Committed Person's Grievance Report Form (DOC 0046).

☐    Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐    **Forward grievance directly to the Administrative Review Board.** (protective custody, enforced medication, disciplinary reports from other facilities, issues arising at another facility except personal property, decisions rendered by the Director, etc...).

☐    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

☐    Unable to determine nature of grievance/correspondence. Submit additional specific information .

☐    Illegible copy submitted.  Submit legible copy for consideration.

☐    Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

☐    Issue has been previously addressed on a grievance.  No justification for further consideration.  Grievance Response was provided.

☐    Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

☐    Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.). This issue is not within the jurisdiction of the facility or the ARB.

☒    Other:  The Warden has determined the issue is not an emergency.  Please follow the grievance process by submitting the grievance to your counselor, if it is still an issue.

Form # applied for.

9B



**Rod R. Blagojevich**
Governor

# Illinois
**Department of**
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 13, 2006

Enrico Levy
Register No. A93734
Pinckneyville Correctional Center

Dear Mr. Levy:

This is in response to your grievance received on June 8, 2006, regarding conditions (requets soap and body wash in seg), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (4-56) and subsequent recommendation dated April 28, 2006 and approval by the Chief Administrative Officer on May 2, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Ken Bartley, Pinckneyville Correctional Center
Enrico Levy, Register No. A93734
Chron. File

PlAintiff's complaint

On Feb-22-2006, for safety concern, I requested to be shipped, unfortunately denied. Upon my personal request, I refuse general population housing for reason of safety concern which relates-to a previous incident that involved three other inmates and, myself being shot and serious wounded by a correctional officer at Pontiac Prison,

I was escorted to prison segregation, the very next day I'd receive a disciplinary ticket for refusing housing assingment, however, I explain that I have been approach by at least fifthteen inmates whom threaten to do harm to me for testifying in Pontiac court against another inmate,

I also informed the warden, the prisons director, and office of inmate issues in Springfield, Illinois. Ironically, I have exact copies of my letters and also copies of, proof of mailings. Many times I plead to be shipped out of the facility, unfortunately all my requests was ignored over and over.

However, confined to segregation for (18) months, subjected to inhumane condition and treatment, deprived of basic hygiene items such as soap, toothpaste, toothbrush, etc. Deprived for (18) months of out of cell exercise and severely suffered feet and body rashs, ear infection, teeth pains and neglect. Suffered also from severe depression, although psychiatric was sought and visited to no avail. Medication request was denied.     Furthermore, sadly (6) months was revolt from my approaching release, thereby setting back my discharge release date. Paralysics also continues,

Enrico Levy #A93734    11

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Allow Petitioner To Proceed And Present Evidence, Also Appoint Counsel, And Also Precure Unidentified witnesses

THAT I be Moved immediately To A cell Alone, And Also THAT I SEE A Dentist And Doctor For Severe body And TEETH PAINS Also Appointment of Attorney

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __29__ day of __FEb__, 20__08__

_Enrico Levy_
(Signature of plaintiff or plaintiffs)

EnRico LEVY
(Print name)

A93734
(I.D. Number)

RT. R. 2 Box 31

SUMNER, Illinois, 62466
(Address)

6

Revised 9/2007

12

Case 1:08-cv-00573   Document 20   Filed 05/13/2008   Page 20 of 26
Case 1:08-cv-00573   Document 9   Filed 03/24/2008   Page 20 of 22
3-17 2008

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF LAWRENCE ~~~~~~ )

## AFFIDAVIT

I, ENRICO LEVY #A93734 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

FEDERAL AND STATE LAW IN THE PAST HAS RECOGNIZE INCONSISTENCY WITH PRISON LAW AND MAIL SERVICE ALONE WITH CONDITIONS TO INMATES. SUCH AS DELAY, COPY MACHINE BREAKDOWN, AND PRISON LOCKDOWN, TO MORE EXTEND OR DEGREE OF HAND TO HAND EXCHANGE HANDLING. MISPLACE AND MANYTIMES OVER AND OVER, LOSS OF INMATES LEGAL DOCUMENTS, HOWEVER, THIS WHICH IS MY CASE IN POINT, WHEREFORE COURTS RELUCTANWLY HAVE GRANTED INMATES WIDE LATITUDE IN (TIMELY) CORRESPONDING, FILING DOCUMENTS AND LITIGATING.

MANY TIMES OVER I HAVE EXPERIENCE THESE ABOVE MENTION PROBLEMS SUCH AS PERTAINING TO THIS CASE, WHEN SUCH DOES OCCUR, I IMMEDIATELY FILE AN EMERGENCY ~ GRIEVANCE % WARDEN, TO NO AVAIL.

WHEREBY, I REQUEST WITH PRAYER THIS COURT GRANT REPRIEVE

Enrico Levy
_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC

19

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    08 cv 573

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Levy/appellant | | St of Il./Dept. Of Corr/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Enrico Levy | Name | Dept. Of Corr. |
| Firm | pro-se #A-93734 | Firm | Il. Dept. Of Corr. |
| Address | Lawrence -LAW<br>R.R. 2, Box 31<br>Sumner, Il 62466 | Address | 100 W. Randolph<br>Suite 4-200<br>Chgo.Il. 60601 |
| Phone | | Phone | 312) 814-2235 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Conlon | Date Filed in District Court | 2/15/08 |
| Court Reporter | B. Wilson    X-5771 | Date of Judgment | 2/19/08 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 3/24/08 |

COUNSEL:          Appointed ☐          Retained ☐          Pro Se ☒

FEE STATUS:          Paid ☐          Due ☒          IFP ☐

          IFP Pending ☐          U.S. ☐          Waived ☐

Has Docketing Statement been filed with the District Court Clerk's Office?          Yes ☐          No ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

          Granted ☐          Denied ☐          Pending ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**

Order Form (01/2005)
Case 1:08-cv-00573    Document 20    Filed 05/13/2008    Page 22 of 26
Case 1:08-cv-00573    Document 6    Filed 02/15/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 573 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Enrico Levy # A 93734 v. State of Illinois Dept. of Corrections | | |

**DOCKET ENTRY TEXT:**

The Plaintiff's motion for leave to file in forma pauperis is denied [3] pursuant to 28 U.S.C. § 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center.

*Suzanne B. Conlon*

■[ For further details see text below.]                                                                      Docketing to mail notices.

---

## STATEMENT

The Plaintiff, Enrico Levy , has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and seeks leave to proceed *in forma pauperis*. The motion must be denied because the plaintiff has accumulated at least three "strikes."

The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).    At least three of the plaintiff's previous actions have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.  *See, e.g., Levy v. State of Illinois,* 96 C 4939, dismissed 1/21/97 ;  *Levy v. State of Il.,* 96 C 4705, dismissed 3/10/97 , and  *Levy v. State of Il.,* 96 C 7799,  dismissed on 4/22/97. In fact, the court previously advised the plaintiff that he had "struck out."  *See* Order in 06 C 4449, on 8/28/06. Notwithstanding his knowledge that he is barred from doing so, the plaintiff has nevertheless sought leave to proceed *in forma pauperis*, and without disclosing his 1915(g) status to the court. Consequently, the plaintiff's effective "fraud" on the court must "lead to immediate termination of the suit." *Sloan v. Lesza,* 181 F.3d 857 (7th Cir. 1999). The complaint is accordingly dismissed with prejudice, as nothing in the complaint supports an allegation of imminent danger of serious physical injury.

However, having brought this action, the plaintiff remains obligated to pay the full $350 filing fee. *See* 28 U.S.C. §1915(b)(1).  Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

*Suzanne B. Conlon*

| | ste |
|---|---|

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

ENRICO LEVY # A93734 | **JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 573

STATE OF ILLINOIS DEPT. OF
CORRECTIONS

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have
been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 2/15/2008

_____
/s/ Willia Harmon, Deputy Clerk

APPEAL, KEYS, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00573
## Internal Use Only

| | |
|---|---|
| Levy v. State of Illinois Dept. of Corrections Galesburg Warden et al | Date Filed: 02/15/2008 |
| Assigned to: Honorable Suzanne B. Conlon | Date Terminated: 02/15/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Enrico Levy**                                     represented by **Enrico Levy**
A-93734
Lawrence - LAW
R.R. 2, Box 31
Sumner, IL 62466
PRO SE

V.

**Defendant**

**State of Illinois Dept. of Corrections
Galesburg Warden**

**Defendant**

**Pinckneyville Warden Barkley**

**Defendant**

**Roger E. Walker, Jr**
*Prisons Director*

**Service List**                                     represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal
Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 1 | RECEIVED Complaint and 2 copies by Enrico Levy (Exhibits). (Poor Quality Original - Paper Document on File.) (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 3 | APPLICATION by Plaintiff Enrico Levy for leave to proceed in forma pauperis (Exhibits). (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 4 | MOTION by Plaintiff Enrico Levy to appoint counsel (Exhibits). (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 5 | POST MARKED envelope for initiating document by Enrico Levy (Document not scanned) (aew, ) (Entered: 01/29/2008) |
| 02/15/2008 | 6 | MINUTE entry before Judge Suzanne B. Conlon : The Plaintiff's motion for leave to file in forma pauperis is denied 3 pursuant to 28 U.S.C. Section 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Mailed notice (td, ) (Entered: 02/19/2008) |
| 02/15/2008 | 7 | ENTERED JUDGMENT Signed on 2/15/2008. (td, ) (Entered: 02/19/2008) |
| 02/19/2008 |  | MAILED copy of order dated 2/15/2008 to Trust Officer at Lawrence Correctional Center. (td, ) (Entered: 02/19/2008) |
| 03/17/2008 | 8 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Petitioner's motion 4 for appointment of counsel, motion to reconsider and amend and motion for extension of time with affidavit are denied. Judicial staff notice (gmr, ) (Entered: 03/20/2008) |
| 03/24/2008 | 9 | MOTION by Plaintiff Enrico Levy for leave to appeal and allow original petition to stand as brief; Notice. (Exhibits). (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 10 | PETITION by Plaintiff Enrico Levy for leave to file and proceed on appeal in forma pauperis. (Exhibits). (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 11 | MOTION by Plaintiff Enrico Levy for appointment of counsel. (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 18 | NOTICE of appeal by Enrico Levy regarding orders 6 , 7 (fee due) (dj, ) (Entered: 05/13/2008) |
| 04/07/2008 | 12 | MINUTE entry before Judge Honorable Suzanne B. Conlon:The plaintiff's motion for leave to appeal in forma pauperis is denied pursuant |

| | | |
|---|---|---|
| | | to 28 U.S.C. § 1915(g). The court directs the clerk to send a copy of this order to the PLRA staff attorney. Having filed this notice of appeal, the Plaintiff nevertheless remains obligated to pay the full appellate and docketing fees. Before pursuing any future litigation, the Plaintiff must pay any outstanding fees. Any other pending motions are denied as moot. The court construes plaintiff's motion also as his notice of appeal of this court's February 15, 2008 order terminating this case. Mailed notice (gmr, ) (Entered: 04/09/2008) |
| 04/09/2008 | | (Court only) FORWARDED order dated 4/7/08 to PLRA staff attorney pursuant to order of 4/7/08. (gmr, ) (Entered: 04/09/2008) |
| 04/21/2008 | 13 | AMEND MOTION Intent by Plaintiff Enrico Levy amend leave to appeal and allow original petition with amends to stand as brief; Notice. (gmr, ) (Entered: 04/25/2008) |
| 04/21/2008 | 14 | AFFIDAVIT of Enrico Levy. (gmr, ) (Entered: 04/25/2008) |
| 04/21/2008 | 15 | AFFIDAVIT of Enrico Levy. (gmr, ) (Entered: 04/25/2008) |
| 04/28/2008 | 16 | MEMORANDUM by Plaintiff Enrico Levy in support of PLRA motion for leave to proceed on appeal in forma pauperis; Notice. (Exhibits). (gmr, ) (Entered: 05/06/2008) |
| 05/01/2008 | 17 | MINUTE entry before Judge Suzanne B. Conlon: Plaintiff's motion for leave to appeal 9 is construed as a notice of appeal. The clerk shall docket the motion as a notice of appeal filed on March 24, 2008. Mailed notice (gmr, ) (Entered: 05/07/2008) |
| 05/13/2008 | 19 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 05/13/2008) |