# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0573 | **DATE** | 5/22/08 |
| **CASE TITLE** | Enrico Levy v. State of Illinois Dep't. of Corrections | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to amend his motion to appeal [13] is denied. The Court previously construed plaintiff's prior motion for leave to appeal as a notice of appeal, and denied plaintiff's request to proceed *in forma pauperis* on appeal. Plaintiff need not file additional motions in this Court at this time. All of plaintiff's pending motions and affidavits are denied as moot.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | isk |
|---|---|---|