

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                   312-435-5670

May 28, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Levy v. State of Illinois Dept. Of Corrections Galesburg Warden et al

U.S.D.C. DOCKET NO. : 08cv573

U.S.C.A. DOCKET NO. : 08-2190

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                      Very truly yours,

                                                      Michael W. Dobbins, Clerk

                                                      By:_____
                                                          G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Levy v. State of Illinois Dept. Of Corrections Galesburg Warden et al .

USDC NO.   : 08cv573

USCA NO.   : 08-2190

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 28th day of May 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           G. Jones, Deputy Clerk

APPEAL, KEYS, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00573
## Internal Use Only

Levy v. State of Illinois Dept. of Corrections Galesburg Warden et al
Assigned to: Honorable Suzanne B. Conlon
Case in other court:             08-02190

Date Filed: 02/15/2008
Date Terminated: 02/15/2008
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**Enrico Levy**                    represented by **Enrico Levy**
                                                   A-93734
                                                   Lawrence - LAW
                                                   R.R. 2, Box 31
                                                   Sumner, IL 62466
                                                   PRO SE

V.

**Defendant**

**State of Illinois Dept. of Corrections Galesburg Warden**

**Defendant**

**Pinckneyville Warden Barkley**

**Defendant**

**Roger E. Walker, Jr**
*Prisons Director*

**Service List**　　　　represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 1 | RECEIVED Complaint and 2 copies by Enrico Levy (Exhibits). (Poor Quality Original - Paper Document on File.) (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 3 | APPLICATION by Plaintiff Enrico Levy for leave to proceed in forma pauperis (Exhibits). (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 4 | MOTION by Plaintiff Enrico Levy to appoint counsel (Exhibits). (td, ) (Entered: 01/28/2008) |
| 01/25/2008 | 5 | POST MARKED envelope for initiating document by Enrico Levy (Document not scanned) (aew, ) (Entered: 01/29/2008) |
| 02/15/2008 | 6 | MINUTE entry before Judge Suzanne B. Conlon : The Plaintiff's motion for leave to file in forma pauperis is denied 3 pursuant to 28 U.S.C. Section 1915(g) and the complaint is summarily dismissed for failure of the plaintiff to advise the court that he had "struck out." The case is terminated. Any pending motions are denied as moot. Having brought this action, the plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay any outstanding fees. The clerk shall send a copy of this order to the trust officer at Lawrence Correctional Center. Mailed notice (td, ) (Entered: 02/19/2008) |
| 02/15/2008 | 7 | ENTERED JUDGMENT Signed on 2/15/2008. (td, ) (Entered: 02/19/2008) |
| 02/19/2008 | | MAILED copy of order dated 2/15/2008 to Trust Officer at Lawrence Correctional Center. (td, ) (Entered: 02/19/2008) |
| 03/17/2008 | 8 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Petitioner's motion 4 for appointment of counsel, motion to reconsider and amend and motion for extension of time with affidavit |

| | | |
|---|---|---|
| | | are denied. Judicial staff notice (gmr, ) (Entered: 03/20/2008) |
| 03/24/2008 | 9 | MOTION by Plaintiff Enrico Levy for leave to appeal and allow original petition to stand as brief; Notice. (Exhibits). (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 10 | PETITION by Plaintiff Enrico Levy for leave to file and proceed on appeal in forma pauperis. (Exhibits). (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 11 | MOTION by Plaintiff Enrico Levy for appointment of counsel. (gmr, ) (Entered: 03/28/2008) |
| 03/24/2008 | 18 | NOTICE of appeal by Enrico Levy regarding orders 6 , 7 (fee due) (dj, ) (Entered: 05/13/2008) |
| 04/07/2008 | 12 | MINUTE entry before Judge Honorable Suzanne B. Conlon:The plaintiff's motion for leave to appeal in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g). The court directs the clerk to send a copy of this order to the PLRA staff attorney. Having filed this notice of appeal, the Plaintiff nevertheless remains obligated to pay the full appellate and docketing fees. Before pursuing any future litigation, the Plaintiff must pay any outstanding fees. Any other pending motions are denied as moot. The court construes plaintiff's motion also as his notice of appeal of this court's February 15, 2008 order terminating this case. Mailed notice (gmr, ) (Entered: 04/09/2008) |
| 04/09/2008 | | (Court only) FORWARDED order dated 4/7/08 to PLRA staff attorney pursuant to order of 4/7/08. (gmr, ) (Entered: 04/09/2008) |
| 04/21/2008 | 13 | AMEND MOTION Intent by Plaintiff Enrico Levy amend leave to appeal and allow original petition with amends to stand as brief; Notice. (gmr, ) (Entered: 04/25/2008) |
| 04/21/2008 | 14 | AFFIDAVIT of Enrico Levy. (gmr, ) (Entered: 04/25/2008) |
| 04/21/2008 | 15 | AFFIDAVIT of Enrico Levy. (gmr, ) (Entered: 04/25/2008) |
| 04/28/2008 | 16 | MEMORANDUM by Plaintiff Enrico Levy in support of PLRA motion for leave to proceed on appeal in forma pauperis; Notice. (Exhibits). (gmr, ) (Entered: 05/06/2008) |
| 05/01/2008 | 17 | MINUTE entry before Judge Suzanne B. Conlon: Plaintiff's motion for leave to appeal 9 is construed as a notice of appeal. The clerk shall docket the motion as a notice of appeal filed on March 24, 2008. Mailed notice (gmr, ) (Entered: 05/07/2008) |
| ~~05/13/2008~~ | ~~19~~ | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 05/13/2008)~~ |
| ~~05/13/2008~~ | ~~20~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 18 . Notified counsel (dj, ) (Entered: 05/13/2008)~~ |
| ~~05/13/2008~~ | ~~21~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal~~ |

| | | |
|---|---|---|
| | | regarding notice of appeal 18 ; USCA Case No. 08-2190. (gmr, ) (Entered: 05/14/2008) |
| 05/13/2008 | 22 | CIRCUIT Rule 3(b) Notice. (gmr, ) (Entered: 05/14/2008) |
| 05/22/2008 | 23 | MINUTE entry before the Honorable Suzanne B. Conlon:Plaintiffs motion to amend his motion to appeal 13 is denied. The court previously construed plaintiffs prior motion for leave to appeal as a notice of appeal, and denied plaintiffs request to proceed in forma pauperis on appeal. Plaintiff need not file additional motions in this court at this time. All of plaintiffs pending motions and affidavits are denied as moot. Notices mailed by Judicial staff. (wyh, ) (Entered: 05/22/2008) |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**