

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

August 13, 2008

To:  Michael Dobbins  
UNITED STATES DISTRICT COURT  
Northern District of Illinois  
Chicago, IL 60604-0000

FILED  
Aug 13, 2008  
AUG 1 3 2008  YM  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| No.: 08-2190 | ENRICO LEVY, Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, LEE RYKER, ROGER E. WALKER, Jr., Prisons Director, et al., Defendants - Appellees |
|---|---|

**Originating Case Information**

District Court No: 1:08-cv-00573    08 cv 573  
Northern District of Illinois, Eastern Division  
Clerk/Agency Rep Michael Dobbins  
District Judge Suzanne Conlon  
Court Reporter Brooke Wilson

The mandate or agency closing letter in this cause issued on 06/25/08.  
Returned herewith is the record which was transmitted to this court.

**RECORD ON APPEAL STATUS:**  Entire record returned consisting of

Pleadings:  1 ✓

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**  **Received by:**

_____  _____

form name: c7_Record_Return_toDC (form ID: 205)